4

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
| | BROWNSVILLE DIVISION | |

United States District Court
Southern District of Texas
FILED

APR 1 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § § | |
| versus | § § | |
| PROMAR INC. *individually & d/b/a* COASTAL PRODUCTION SERVICES and d/b/a PRODUCTION SERVICES GROUP, PRODUCTION SYSTEMS, INC. *individually & d/b/a PRODUCTION SERVICES GROUP*, PROSAFE, INC. *individually & d/b/a PRODUCTION SERVICES GROUP*, and R.M.C. TECHNOLOGY CORPORATION, *individually & d/b/a PRODUCTION SERVICES GROUP* | § § § § § § § § § § § § | CIVIL ACTION NO. B-00-048  ADMIRALTY / JURY DEMANDED |

## PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DONALD LESLIE "SAM" GALBREATH, "Plaintiff" herein, and files this his Certificate of Disclosure of Interested Parties wherein Plaintiff would state that the following individuals or entities are actual or potential parties to the above-referenced cause, and, thus, have actual or potential rights or obligations that may or might be determined within the context of the pending litigation:

    A.    DONALD LESLIE "SAM" GALBREATH (Plaintiff);

    B.    PROMAR, INC., *Individually and d/b/a* COASTAL PRODUCTION SERVICES and d/b/a PRODUCTION SERVICES GROUP (Defendant);

    C.    PRODUCTION SYSTEMS, INC., *Individually and d/b/a* PRODUCTION

1

SERVICES GROUP (Defendant);

D.     PROSAFE, INC., *Individually and d/b/a* PRODUCTION SERVICES GROUP (Defendant); and,

E.     R.M.C. TECHNOLOGY CORPORATION, *Individually and d/b/a* PRODUCTION SERVICES GROUP (Defendant);

                          Respectfully submitted,

                          R. BLAKE BRUNKENHOEFER, P.C.
                          American Bank Plaza, 10th Floor
                          711 N. Carancahua, Suite 1000
                          Corpus Christi, Texas 78475
                          Tel:    (361) 888-6655
                          Fax:    (361) 888-5855

                          _____
                          R. Blake Brunkenhoefer
                          State Bar No. 00783739
                          Southern District of Texas No. 15559

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the foregoing *Plaintiff's Certificate of Disclosure of Interested Parties* was duly served upon:

| | |
|---|---|
| PROMAR, INC., Individually and d/b/a COASTAL PRODUCTION SERVICES and d/b/a PRODUCTION SERVICES GROUP by and through its registered agent: J. Winston Krause 111 Congress, Suite 1600 Austin, Texas 78701 | **C.M./R.R.R. #7099 3220 0001 4295 6858** |
| PRODUCTION SYSTEMS, INC., Individually and d/b/a PRODUCTION SERVICES GROUP by and through its registered agent: David R. Pilgrim P.O. Box 1927 Rockport, Texas 78381 | **C.M./R.R.R. #7099 3220 0001 4295 6865** |
| PROSAFE, INC., Individually and d/b/a PRODUCTION SERVICES GROUP by and through its registered agent: J. Winston Krause 111 Congress, Suite 1600 Austin, Texas 78701 | **C.M./R.R.R. #7099 3220 0001 4295 6858** |
| R.M.C. TECHNOLOGY CORPORATION, Individually and d/b/a PRODUCTION SERVICES GROUP by and through its registered agent: J. Winston Krause 111 Congress, Suite 1600 Austin, Texas 78701 | **C.M./R.R.R. #7099 3220 0001 4295 6858** |

in accordance with all applicable provisions of the Federal Rules of Civil Procedure on this the 13th day of April, 2000.

R. Blake Brunkenhoefer