# OFFICERS RETURN OF SERVICE

**CASE # B00048**  
DONALD LESLIE "SAM" GALBREATH

**COURT**  
Clt. Ref.#  
Clt.# -1001

VS

PROMAR, INC., INDIVIDUALLY AND D/B/A COASTAL PRODUCTION SERVICES AND D/B/A PRODUCTION SERVICES GROUP, PRODUCTION SYSTEMS, INC., INDIVIDUALLY AND D/B/A PRODUCTION SERVICES GROUP, PROSAFE, INC.

The documents came to our hand for service on **04/10/00**  Time: **13:56:13**

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE; PLAINTIFF'S ORIGINAL COMPLAINT; ORDER FOR CONFERENCE**

The documents were delivered on **04/13/00**  Time: **16:40:00**

Executed at: 327 Congress Avenue, Suite 600  
Austin, TX 78701

to the following: **Prosafe, Inc., Individually And D/B/A Production Services Group**  
**By Delivering To J. Winston Krause, Registered Agent**

✓ PERSONALLY delivering the document to the person above.  
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.  
___ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____  
Witness Fee Tendered: _____

Richard L Wines  
Professional Civil Process Austin  
105 West Riverside Dr. #120  
Austin, Texas 78704  
Fax (512) 477-8700

STATE OF TEXAS}  
VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 2000.

PCP Inv.# A0400 662

NOTARY PUBLIC SIGNATURE


SANDY HARPER NOTARY PUBLIC State of Texas Comm. Exp. 10-08-2002

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

**SEE ATTACHED ORIGINAL RETURN OF SERVICE**

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                           Signature of Server

                                  _____
                                           Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Ac

# United States District Court

_Southern_ DISTRICT OF _Texas_
_Brownsville Division_

APR 25 2000
Michael N. Milby
Clerk of Court

DONALD LESLIE "SAM" GALBREATH

V.

PROMAR INC. individually & d/b/a COASTAL PRODUCTION SERVICES and d/b/a PRODUCTION SERVICES GROUP, PRODUCTION SYSTEMS, INC. individually & d/b/a PRODUCTION SERVICES GROUP, PROSAFE, INC. individually & d/b/a PRODUCTION SERVICES GROUP, and R.M.C. TECHNOLOGY CORPORATION, individually & d/b/a PRODUCTION SERVICES GROUP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

B-00-048

TO: (Name and address of defendant)

PROSAFE, INC. individually and d/b/a
PRODUCTION SERVICES GROUP
by and through its registered agent:
J. Winston Krause
111 Congress, Suite 1600
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                    3-31-00

CLERK                                       DATE

(BY) DEPUTY CLERK