# OFFICERS RETURN OF SERVICE

CASE # B00048                                 COURT
                                              Clt. Ref.#              Clt.# 1001

DONALD LESLIE "SAM" GALBREATH

VS

PROMAR, INC., INDIVIDUALLY AND D/B/A COASTAL PRODUCTION SERVICES
AND D/B/A PRODUCTION SERVICES GROUP, PRODUCTION SYSTEMS, INC.,
INDIVIDUALLY AND D/B/A PRODUCTION SERVICES GROUP, PROSAFE, INC.

The documents came to our hand for service on 04/10/00  Time: 13:57:28

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE; PLAINTIFF'S ORIGINAL
COMPLAINT; ORDER FOR CONFERENCE**

The documents were delivered on 04/13/00  Time: 16:40:00

Executed at: 327 Congress Avenue, Suite 600
             Austin, TX 78701

to the following:  **Promar, Inc., Individually And D/B/A Coastal Production
                   Services Group And D/B/A Production Services Group
                   By Delivering To J. Winston Krause, Registered Agent**

✓  PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____            Richard L Wines
                                  Professional Civil Process Austin
Witness Fee Tendered: _____   105 West Riverside Dr. #120
                                  Austin, Texas 78704
STATE OF TEXAS}                   Fax (512) 477-8700
                VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2000.

                                  _____
                                  NOTARY PUBLIC SIGNATURE

PCP Inv.# A0400 663



SANDY HARPER
NOTARY PUBLIC
State of Texas
Comm. Exp. 10-06-2002

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

**SEE ATTACHED ORIGINAL RETURN OF SERVICE**

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                    Signature of Server

                                              _____
                                              Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Ac

# United States District Court

_Southern_ DISTRICT OF _Texas_
_Brownsville Division_

United States District Court
Southern District of Texas
FILED

APR 25 2000

Michael N. Milby
Clerk of Court

DONALD LESLIE "SAM" GALBREATH

V.

PROMAR INC. individually & d/b/a
COASTAL PRODUCTION SERVICES and d/b/a
PRODUCTION SERVICES GROUP, PRODUCTION
SYSTEMS, INC. individually & d/b/a
PRODUCTION SERVICES GROUP, PROSAFE,
INC. individually & d/b/a PRODUCTION
SERVICES GROUP, and R.M.C. TECHNOLOGY
CORPORATION, individually & d/b/a
PRODUCTION SERVICES GROUP

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-048

TO: (Name and address of defendant)

PROMAR INC. individually & d/b/a
COASTAL PRODUCTION SERVICES and d/b/a
PRODUCTION SERVICES GROUP
by and through its registered agent:
J. Winston Krause
111 Congress, Suite 1600
Austin, Texas 78701

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                    3-31-00

CLERK                                       DATE

(BY) DEPUTY CLERK