9

United States District Court
Southern District of Texas
FILED

APR 28 2000

Michael N. Milby
Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DONALD LESLIE "SAM" GALBREATH § | |
| § | |
| VS. § | C.A. NO. B-00-048 |
| § | |
| PROMAR INC. INDIVIDUALLY & d/b/a § | |
| COASTAL PRODUCTION SERVICES and § | |
| d/b/a PRODUCTION SERVICES GROUP § | |
| PRODUCTION SYSTEMS, INC. individually § | |
| & d/b/a PRODUCTION SERVICES GROUP § | |
| and R.M.C. TECHNOLOGY CORPORATION § | |
| individually & d/b/a PRODUCTION § | |
| SERVICES GROUP § | |

## DEFENDANTS' JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, PROMAR INC. Individually & d/b/a COASTAL PRODUCTION SERVICES, ET. AL, the Defendants with respect to the above-referenced and numbered cause, and respectfully request trial by jury.

Respectfully submitted,

PIPITONE & SEGER, P.C.
615 Upper North Broadway
M/T 89, Suite 1770
Corpus Christi, Texas 78477
(512) 884-4200
(512) 884-7444 (FAX)

By: _Daniel Pipitone by RBW with permission_
Daniel D. Pipitone, Attorney in Charge
Federal Bar No. 0294
State Bar No. 16024600

ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned attorney, as attorney of record for the Defendants, certifies that a true and correct copy of the attached document has been served upon the following by the method of service indicated on this the __26__ day of April, 2000.

*Daniel Pipitone by PBW*
Daniel D. Pipitone

**VIA CERTIFIED MAIL;**
**RETURN RECEIPT REQUESTED:**

Mr. R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
**CMRRR # Z 407 759 188**