10

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
Filed

MAY 04 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DONALD LESLIE "SAM" GALBREATH § | |
| § | |
| VS. § | C.A. NO. B-00-048 |
| § | |
| PROMAR INC. INDIVIDUALLY & d/b/a § | |
| COASTAL PRODUCTION SERVICES and § | |
| d/b/a PRODUCTION SERVICES GROUP § | |
| PRODUCTION SYSTEMS, INC. individually § | |
| & d/b/a PRODUCTION SERVICES GROUP § | |
| and R.M.C. TECHNOLOGY CORPORATION § | |
| individually & d/b/a PRODUCTION § | |
| SERVICES GROUP § | |

### DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, the Defendants file this their Disclosure of Interested Parties, identifying persons or entities known to the Defendants that are financially interested in the outcome of the above-styled and numbered cause as follows:

1. Donald Leslie "Sam" Galbreath

2. R. Blake Brunkenhoefer

3. Promar Inc. Individually & d/b/a Coastal Production Services

4. Zurich-American Insurance Company

Additionally, the following companies have been named as Defendants in this litigation and, therefore, have a financial interest in the outcome, however, these are not proper parties to this litigation:

5. Promar Inc. d/b/a Production Services Group

6. Production Systems, Inc. Individually & d/b/a Production Services Group

7. R.M.C. Technology Corporation Individually & d/b/a Production Services Group

The undersigned attorney, as attorney of record for the Defendants, certifies that a true and correct copy of the attached document has been served upon the following by the method of service indicated on this the _2nd_ of May, 2000.

          Respectfully submitted,

          PIPITONE & SEGER, P.C.
          615 Upper North Broadway
          M/T 89, Suite 1770
          Corpus Christi, Texas 78477
          (512) 884-4200
          (512) 884-7444 (FAX)

          By: _____
              Daniel D. Pipitone, Attorney in Charge
              Federal Bar No. 0294
              State Bar No. 16024600

          ATTORNEYS FOR THE DEFENDANTS
          PROMAR INC. INDIVIDUALLY & d/b/a
          COASTAL PRODUCTION SERVICES and
          d/b/a PRODUCTION SERVICES GROUP
          PRODUCTION SYSTEMS, INC. individually
          & d/b/a PRODUCTION SERVICES GROUP
          and R.M.C. TECHNOLOGY CORPORATION
          individually & d/b/a PRODUCTION SERVICES
          GROUP

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED:**

Mr. R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
**CMRRR # Z 321 974 892**