11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Donald Leslie "Sam" Galbreath § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-00-48 |
| v. § | |
| § | |
| Promar, Inc, individually + d/b/a Coastal § | |
| Production Services + d/b/a Production § | |
| Services Group; Production Systems, Inc., § | |
| individually + d/b/a Production Services § | |
| Group; Prosafe, Inc., individually + d/b/a § | |
| Production Services Group; R.M.C. § | |
| Technology Corporation, individually and § | |
| d/b/a Production Services Group § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED, that on August 7, 2000, the Court **ORDERED** the Parties to submit a proper Joint Discovery/Case Management Plan by August 10, 2000 at 4:00 p.m. According to the Court's Order Setting Conference [Dkt. No. 2] and Chamber Rules, the Parties were supposed to submit the document before August 1, 2000.

DONE at Brownsville, Texas, this ___9___ day of August 2000.

_____
Hilda G. Tagle
United States District Judge