*13*

United States District Court
Southern District of Texas
FILED

AUG 11 2000

Michael N. Milby
Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § | |
| | § | |
| VS. | § | C.A. NO. B-00-048 |
| | § | |
| PROMAR INC. INDIVIDUALLY & d/b/a | § | |
| COASTAL PRODUCTION SERVICES and | § | |
| d/b/a PRODUCTION SERVICES GROUP | § | |
| PRODUCTION SYSTEMS, INC. individually | § | |
| & d/b/a PRODUCTION SERVICES GROUP | § | |
| and R.M.C. TECHNOLOGY CORPORATION | § | |
| individually & d/b/a PRODUCTION | § | |
| SERVICES GROUP | § | |

## DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL FOR PURPOSES OF THE INITIAL PRE-TRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Promar Inc. Individually & d/b/a Coastal Production Services and d/b/a Production Services Group, Production Systems, Inc. individually & d/b/a Production Services Group and R.M.C. Technology Corporation individually & d/b/a Production Services Group, the Defendants in the above-referenced and numbered cause, and respectfully file and submit this their Notice of Substitution of Counsel for Purposes of the Initial Pre-Trial Conference scheduled to occur on Monday, August 14, 2000 at 1:30 p.m. designating Richard B. Waterhouse, Jr. of the Firm of Pipitone & Seger, P.C. as its Attorney of Record for the purposes of the Initial Pre-Trial Conference in the place and stead of Daniel D. Pipitone of the Firm of Pipitone & Seger, P.C.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request that this Honorable Court take notice of its Notice of Substitution of Counsel for Purposes of the Initial Pre-Trial Conference.

-2-

Respectfully submitted,

PIPITONE & SEGER, P.C.
615 Upper North Broadway
M/T 89, Suite 1770
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: _____
Daniel D. Pipitone, Attorney in Charge
Federal Bar No. 0294
State Bar No. 16024600

ATTTORNEYS FOR THE DEFENDANTS

-2-

-3-

## CERTIFICATE OF SERVICE

The undersigned attorney, as attorney of record for the Defendants, certifies that a true and correct copy of the attached document has been served upon the following by the method of service indicated on this the 10TH day of August, 2000.

_____
Daniel D. Pipitone

**VIA CERTIFIED MAIL;
RETURN RECEIPT REQUESTED:**

Mr. R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
**CMRRR # 7000 0520 0022 2914 5409**