*14*

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**BROWNSVILLE DIVISION** | **SOUTHERN DISTRICT OF TEXAS**<br>United States District Court<br>Southern District of Texas<br>FILED |

| | | |
|---|---|---|
| **DONALD LESLIE "SAM" GALBREATH** | § | **AUG 1 1 2000** |
| | § | |
| *versus* | § | **Michael N. Milby** |
| | § | **Clerk of Court** |
| **PROMAR INC.** *individually & d/b/a* | § | |
| *COASTAL PRODUCTION SERVICES* and | § | **CIVIL ACTION NO. B-00-048** |
| *d/b/a PRODUCTION SERVICES GROUP,* | § | |
| **PRODUCTION SYSTEMS, INC.** | § | **ADMIRALTY / JURY DEMANDED** |
| *individually & d/b/a PRODUCTION* | § | |
| *SERVICES GROUP,* **PROSAFE, INC.** | § | |
| *individually & d/b/a PRODUCTION* | § | |
| *SERVICES GROUP,* **and R.M.C.** | § | |
| **TECHNOLOGY CORPORATION,** | § | |
| *individually & d/b/a PRODUCTION* | § | |
| *SERVICES GROUP* | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
## PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DONALD LESLIE "SAM" GALBREATH, hereinafter identified as "Plaintiff," appearing by and through his attorney-in-charge, and files this his Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint in the above-styled and -numbered cause and, in support of this motion, Plaintiff would show unto the Court as follows:

### I.
### FRCP 15(a): AMENDMENT UPON LEAVE OF COURT

1.     **Fed. R. Civ. P. 15(a)**

Fed. R. Civ. P. 15(a) states, in relevant part, as follows:

"*Amendments.* ... Otherwise, a party may amend the party's

1

CutPDF - www.fastio.com

pleading only by leave of court or by written consent of the

adverse party; and leave shall be freely given when justice so

requires...."

**2.      *"When justice so requires"***

The rules governing amendments of pleadings are liberal indeed, and though, on appeal from

a denial of leave to amend, the district court is reviewed under an abuse of discretion standard,

"'Discretion' may be a misleading term, for rule 15(a) severely

restricts the judge's freedom, directing that leave to amend 'shall

be freely given when justice so requires.' It evinces a bias in favor

of granting leave to amend."

*Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 597 (5th Cir.1981).  See also, *Cinel v. Connick*, 15

F.3d 1338, 1346 (5th Cir.1994), citing, *La Porte Constr. Co. v. Bayshore Nat'l Bank*, 805 F.2d 1254,

1256 (5th Cir.1986).

**3.      Discussion**

**(a)**      Counsel for Defendants has indicated that the only proper party-defendant is

PROMAR, INC. *d/b/a COASTAL PRODUCTION SERVICES* and that the remaining defendants are

erroneously included in Plaintiff's pleadings.  Plaintiff seeks to amend his pleadings to reflect only

those Parties who are properly included within this cause, thereby streamlining this case for all

purposes.

**(b)**      Counsel for Defendants has indicated that all Defendants are "unopposed" to this

motion, as further reflected by the attached Stipulation. *Exhibit 1.*

**4.      Conclusion**

Looking to the liberal standard of Fed. R. Civ. P. 15(a), and the nature of the changes sought

2

to be made by the proposed amended complaint, and the unopposed nature hereof, Plaintiff should be granted leave to amend his pleadings.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that, upon final hearing of the issues raised hereby, this Honorable Court grant Plaintiff leave to file Plaintiff's First Amended Original Complaint, such First Amended Original Complaint being attached hereto as "Exhibit 2."

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:    (361) 888-6655
Fax:    (361) 888-5855

R. Blake Brunkenhoefer
State Bar No. 00785739
Southern District of Texas No. 15559

3

CSHPDF - www.fesio.com

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the foregoing

*Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint* was

duly served, in the form and manner indicated below, upon

Daniel D. Pipitone                    **C.M./R.R.R. #7099 3220 0001 4295 5202**
PIPITONE & SEGER
615 Upper N. Broadway, Suite 1770
Corpus Christi, Texas 78477

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this the 10th

day of August, 2000.

R. Blake Brunkenhoefer

4