*15*

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
aug.
APR 1 4 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Koerner |
| DATE | 08 — 14 — 00 |
| TIME | ☐ a.m.  2:31 p.m. — ☐ a.m.  2:43 p.m. |
| CIVIL ACTION | B — 00 — 48 |
| STYLE | Galbreath *versus* Promar, Inc., et al |

## DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;   ☐ Motion Hearing;   (Rptr. Breck Record )

Robert Blake Brunkenhoefer    for    ■ Ptf. #_____  ☐ Deft. #_____

*RSW for* Daniel Douglas Pipitone    for    ☐ Ptf. #_____  ■ Deft. #_____

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

■ Argument heard on:   ☐ all pending motions;   ■ Following motions

1. Plaintiff's unopposed motion to amend complaint.

☐ Motions taken under advisement: _____

■ Scheduling Order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. Plaintiff's unopposed motion to amend complaint is **GRANTED**. Promar, Inc. d/b/a Coastal Production Services is the sole correct defendant.

Comments:

1. Extent of Plaintiff's damages: Plaintiff is recovering from shoulder surgery, there is some uncertainty as to whether he has additional injuries that will need to be addressed, such as a neck

1

injury. He will have some residual incapacity even if there is no neck injury.

2. If Plaintiff will need additional surgery, the Defendant wants to examine the Plaintiff first. The Parties will attempt to work this issue out on their own.

ClibPDF - www.fastio.com