16

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*Galbreath* §
versus §         CIVIL ACTION B- 00-48
*Promar, Inc.* §
§
§        Scheduling Order

United States District Court
Southern District of Texas
ENTERED
AUG 2 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: __3__ days.         ☐ Bench   ☒ Jury

2. New parties must be joined by: __11-30-00__

   *Furnish a copy of this scheduling order to new parties.*

3. The ~~plaintiff's~~ *parties'* experts will be named with a report furnished by: __12-31-00__

4. The ~~defendant's~~ *Rebuttal* experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. __1-31-01__

5. Discovery must be completed by: __2-28-01__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************  The court will provide these dates.  ************************

6. Dispositive Motions will be filed by: __3-26-01__

7. Joint pretrial order is due: __5-14-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __5-31-01__

9. Jury Selection is set for 9:00 a.m. on: __6-4-01__

The case will remain on standby until tried.

Signed __August 21__, 2000, at Brownsville, Texas.

*Hilda Tagle*
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____
Counsel for  GAlbraith

_____
Counsel for  Dan Pipitone by RSW
Counsel for  Promar

_____
Counsel for

_____
Counsel for

_____
Counsel for

_____
Counsel for