

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § § | |
| VS. | § § | C.A. NO. B-00-048 |
| PROMAR INC. INDIVIDUALLY & d/b/a COASTAL PRODUCTION SERVICES | § § | |

## JOINT MOTION FOR A CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, DONALD LESLIE "SAM" GALBREATH, the Plaintiff, and PROMAR INC. INDIVIDUALLY & D/B/A COASTAL PRODUCTION SERVICES, the Defendants, respectively, in the above-referenced and numbered cause, and respectfully file and submit this their Joint Motion for a Continuance as follows:

I.

On August 21, 2000 this Honorable Court entered a Scheduling Order scheduling jury selection in the above-referenced and numbered cause for June 4, 2001 and establishing certain deadlines.

II.

Past delays with respect to the conduct and completion of discovery have occurred due principally to logistical difficulties encountered due to the fact that the vessels on which the Plaintiff alleges to have been injured are working vessels and have not been available for the conduct of inspection by the parties. In addition, through no fault of the parties or their counsel, scheduling difficulties have created unforeseen problems in conducting the discovery necessary for preparion of

expert reports and expert depositions. Consequently, the parties' experts have not prepared reports or been deposed.

III.

Additionally, the Plaintiff is scheduled for a medical examination on behalf of the Defendants by Dr. Charles Clark on February 6, 2001. Until such time as this examination can be conducted, discovery and depositions can not go forward and be completed prior to the Court's discovery deadline of February 28, 2001.

IV.

Accordingly, the foregoing continuance sought by the parties is not for the purpose of delay but shall most definitely serve the interests of the parties as well as this Honorable Court, the latter particularly inasmuch as negotiations to attempt to effect an amicable resolution shall additionally occur. The parties believe realistic settlement discussions are most likely to occur only after additional discovery is completed.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendants respectfully request that this Honorable Court enter an Order by which the Joint Motion for a Continuance is GRANTED and whereby a Scheduling Conference is scheduled in order to obtain a new trial date.

Respectfully submitted,

| | |
|---|---|
| R. BLAKE BRUNKENHOEFER, P.C. | PIPITONE, SEGER & WATERHOUSE, P.C. |
| American Bank Plaza | 615 Upper North Broadway |
| 711 N. Carancahua, Suite 1000 | MT/89, Suite 1770 |
| Corpus Christi, Texas 78475 | Corpus Christi, Texas 78477 |
| (361) 888-6655 | (361) 884-4200 |
| (361) 888-5855 (Fax) | (361) 884-7444 (Fax) |

By: *(signature)*  By: *(signature)*
R. Blake Brunkenhoefer        Richard B. Waterhouse, Jr.
Federal I.D. No. 15559        Federal I.D. No. 17995
State Bar No. 00783739        State Bar I.D. No. 00788624

ATTORNEY FOR THE PLAINTIFF        ATTORNEYS FOR THE DEFENDANTS
DONALD LESLIE "SAM"               PROMAR INC., INDIVIDUALLY AND D/B/A
GALBREATH                         COASTAL PRODUCTION SERVICES

ClibPDF - www.fastio.com