19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 22 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Donald Leslie "Sam" Galbreath | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-00-48 |
| v. | § | |
| | § | |
| Promar, Inc, individually + d/b/a Coastal Production Services + d/b/a Production Services Group; Production Systems, Inc., individually + d/b/a Production Services Group; Prosafe, Inc., individually + d/b/a Production Services Group; R.M.C. Technology Corporation, individually and d/b/a Production Services Group | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on February 21, 2001, the Court **DENIED** the Parties' Joint Motion for a Continuance [Dkt. No. 18].

DONE at Brownsville, Texas, this ___21st___ day of February 2001.

Hilda G. Tagle
United States District Judge