United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § | |
| | § | |
| VS. | § | C.A. NO. B-00-048 |
| | § | |
| PROMAR INC. INDIVIDUALLY & d/b/a | § | |
| COASTAL PRODUCTION SERVICES | § | |

## DEFENDANT PROMAR INC. INDIVIDUALLY & D/B/A COASTAL PRODUCTION SERVICES' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Promar Inc. Individually and d/b/a Coastal Production Services, the Defendant in the above-styled and numbered cause, and respectfully files and submits this its Designation of Expert Witnesses as follows:

> John L. Kingston
> John L. Kingston & Associates, Inc.
> 7514 Moreton Ct.
> Spring, Texas 77397
> (281) 251-7177

Mr. Kingston is a marine surveyor who may offer expert testimony regarding liability issues. Mr. Kingston's report is attached hereto as Exhibit "A."

> Charles S. Clark, M.D.
> 1333 Third Street
> Corpus Christi, Texas 78404
> (361) 883-2000

Dr. Clark performed independent medical examination of the Plaintiff on February 6, 2001. Dr. Clark's report is attached hereto as Exhibit "B."

-1-

William L. Quintanilla, M.Ed., L.R.C.
10101 Southwest Freeway
Suite 410
Houston, Texas 77074
(713) 988-1195

Mr. Quintanilla is a vocational rehabilitation counselor who may offer expert testimony regarding damage issues. Mr. Quintanilla's report will be provided to counsel for the Plaintiff in accordance with the agreement between counsel.

Donna Johnson, M.Ed., C.R.C., L.P.C.
801 Lipan
P.O. Box 270790
Corpus Christi, Texas 78427-0790
(361) 883-7384

Ms. Johnson is a vocational rehabilitation expert retained by the Plaintiff who may offer expert testimony regarding damage issues.

Stephen M. Horner, Ph.D.
Economic, Business & Statistical Consulting
P.O. Box 2685
Corpus Christi, Texas 78403
(361) 883-1686

Dr. Horner is a economic expert retained by the Plaintiff who may offer expert testimony regarding damage issues.

Additionally, the Defendant anticipates calling the treating physicians and health-care providers of Donald Leslie "Sam" Galbreath to testify in this lawsuit. These physicians and health-care providers may offer expert testimony through records offered at trial. Absent an agreement among counsel, the Custodians of Records may appears as witnesses to offer expert testimony regarding the cure issues and the authenticity and admissibility of records.

Any and all counselors and/or case workers at the Texas Rehabilitation Commission, 4410 Dillon Lane, Suite 844, Corpus Christi, Texas 78415, (361) 854-1475 and/or the Texas Rehabilitation Commission, Rockport, Texas (361) 729-6844, including but not limited to the following:

Joseph Catenazzo
Linda Ballou

Custodian of Records for
Texas Rehabilitation Commission
4410 Dillon Lane
Suite 844
Corpus Christi, Texas 78415
(361) 854-1475
 and/or
Texas Rehabilitation Commission
Rockport, Texas
(361) 729-6844

The counselors may have knowledge regarding damage issues. The Custodians of
Records may appear as witnesses to offer expert testimony regarding the authenticity
and admissibility of records.

Any and all treating physicians and health-care providers at Medical Arts Clinic,
1751 Wheeler, Aransas Pass, Texas, (361) 758-5326, including but not limited to the
following:

        Delbert L. Edwardson, M.D.

Custodian of Records for
Medical Arts Clinic
1751 Wheeler
Aransas Pass, Texas
(361) 758-5326

John C. Longacre, D.O.
1401 W. Wheeler Avenue
Aransas Pass, Texas 78336
(361) 758-1939

Custodian of Records for
John C. Longacre, D.O.
1401 W. Wheeler Avenue
Aransas Pass, Texas 78336
(361) 758-1939

Any and all treating physicians and health-care providers at Atlas Orthopedics &
Spine Center, 619 Railroad Avenue, P.O. Box 848, Portland, Texas 78374, (361)
643-2287, including but not limited to the following:

        William A. Tucker, D.O.

Custodian of Records for
Atlas Orthopedics & Spine Center and
William A. Tucker, D.O.
619 Railroad Avenue
P.O. Box 848
Portland, Texas 78374
(361) 643-2287

Any and all treating physicians and health-care providers at Orthopedic Associates of Corpus Christi, 601 Texas Trail, Suite 300, Corpus Christi, Texas 78411, (361) 854-0811, including but not limited to the following:

    John P. Masciale, M.D.
    Charles W. Breckenridge, M.D.
    Edwin Melendez, M.D.

Custodian of Records for
Orthopedic Associates of Corpus Christi
601 Texas Trail
Suite 300
Corpus Christi, Texas 78411
(361) 854-0811

Any and all treating physicians and health-care providers at Doctors Regional Medical Center, 3315 South Alameda, Corpus Christi, Texas 78411, (361) 857-1400, including but not limited to the following:

    Harvey Greenberg, M.D.
    Richard Chepey, M.D.
    Jose Corona
    Christopher Martinez, R.T.R.

Custodian of Records for
Doctors Regional Medical Center
3315 South Alameda
Corpus Christi, Texas 78411
(361) 857-1400

Any and all treating physicians and health-care providers at The Neurological Clinic, 3006 South Alameda, Corpus Christi, Texas 78404, (361) 883-1731, including but not limited to the following:

    David McFarling, M.D.
    Martin W. Flores (technician)

Custodian of Records for
The Neurological Clinic
3006 South Alameda
Corpus Christi, Texas 78404
(361) 883-1731

Any and all treating physicians and health-care providers at Neurology, P.A., 1415 Third Street, Suite 101, Corpus Christi, Texas 78404, including but not limited to the following:

David McFarling, M.D.

Custodian of Records for
Neurology, P.A.
1415 Third Street
Suite 101
Corpus Christi, Texas 78404

Any and all treating physicians and health-care providers at Bay Area Surgery, 7101 South Padre Island Drive, Corpus Christi, Texas 78412, (361) 985-3500.

Custodian of Records for
Bay Area Surgery
7101 South Padre Island Drive
Corpus Christi, Texas 78412
(361) 985-3500

Any and all treating physicians and health-care providers at AIM Physical Therapy Center, Inc., 105 N. Magnolia, P.O. Box 1777, Rockport, Texas 78381, (361) 729-1916, including but not limited to the following:

David A. McCool, L.P.T.

Custodian of Records for
AIM Physical Therapy Center, Inc.
105 N. Magnolia
P.O. Box 1777
Rockport, Texas 78381
(361) 729-1916

Any and all treating physicians and health-care providers at Corpus Christi Bay Area Surgery, 7101 South Padre Island Drive, Corpus Christi, Texas 78412, including but not limited to the following:

Jose de Jesus Trevino, M.D.

Custodian of Records for
Corpus Christi Bay Area Surgery
7101 South Padre Island Drive
Corpus Christi, Texas 78412

Jose de Jesus Trevino, M.D.
Pain Management and Anesthesiology
1521 South Staples
Suite 804
Corpus Christi, Texas 78404
(361) 883-1744

Custodian of Records for
Jose de Jesus Trevino, M.D. and
Pain Management and Anesthesiology
1521 South Staples
Suite 804
Corpus Christi, Texas 78404
(361) 883-1744

Any and all treating physicians and health-care providers at Humpal Physical
Therapy & Sports Medicine Center, 2150 W. Wheeler Avenue, Aransas Pass, Texas
78332, (361) 758-5199, including but not limited to the following:

       Russell Hanks, P.T.
       Brian Baker, P.T.

Any and all treating physicians and health-care providers at Columbia Bay Area
Medical Center, 7101 South Padre Island Drive, Corpus Christi, Texas 78412, (361)
985-3391, including but not limited to the following:

       Edwin Melendez, M.D.
       Kwang Lee, M.D.

Custodian of Records for
Columbia Bay Area Medical Center
7101 South Padre Island Drive
Corpus Christi, Texas 78412
(361) 985-3391

Custodian of Records for
Kwang Lee, M.D.
2741 Swanter
Corpus Christi, Texas 78404
(361) 854-9637

CVisPDF - www.fesisa.com

Any and all treating physicians and health-care providers at Corpus Christi Outpatient Surgery, 3636 South Alameda, Suite A, Corpus Christi, Texas 78411, (361) 853-2200, including but not limited to the following:

Charles W. Breckenridge, M.D.

Custodian of Records for
Corpus Christi Outpatient Surgery
3636 South Alameda
Suite A
Corpus Christi, Texas 78411
(361) 853-2200

Any and all treating physicians and health-care providers at The Anesthesia Group, 2606 Hospital Boulevard, Corpus Christi, Texas 78405, including but not limited to the following:

Christopher Ryan, M.D.

Custodian of Records for
The anesthesia Group
2606 Hospital Boulevard
Corpus Christi, Texas 78405

Any and all treating physicians and health-care providers at Corpus Christi Radiology, P.O. Box 6309, 3554 South Alameda, Corpus Christi, Texas 78466-6309, (361) 855-5382, including but not limited to the following:

A.J. Ramos, M.D.

Custodian of Records for
Corpus Christi Radiology
P.O. Box 6309
3554 South Alameda
Corpus Christi, Texas 78466-6309
(361) 855-5382

Any and all treating physicians and health-care providers at Radiology Associates, L.L.P., 2481 Morgan Avenue, P.O. Box 5608, Corpus Christi, Texas 78465, (361) 882-9291, including but not limited to the following:

Kevin M. McDonnell, M.D.
Harvey M. Greenberg, M.D.

Custodian of Records for
Radiology Associates, L.L.P.
2481 Morgan Avenue
P.O. Box 5608
Corpus Christi, Texas 78465
(361) 882-9291

Any and all treating physicians and health-care providers at The Heart Clinic of
Corpus Christi, 613 Elizabeth Street, Suite 502, Corpus Christi, Texas 78404,
identities unknown at this time.

Custodian of Records for
The Heart Clinic of Corpus Christi
613 Elizabeth Street
Suite 502
Corpus Christi, Texas 78404

Any and all treating physicians and health-care providers at the Disability Evaluating
Center of Texas, Inc., 3302 South Alameda, Corpus Christi, Texas 78411, (361) 857-
6157, including but not limited to the following:

Frank A. Luckay, M.D.

Custodian of Records for
Disability Evaluating Center of Texas, Inc.
3302 South Alameda
Corpus Christi, Texas 78411
(361) 857-6157

P. J. Marshio, D.O.
General, Thoracic and Vascular Surgery
423 W. Cleveland
Suite 3
P.O. Box 1569
Aransas Pass, Texas 78335
(361) 758-1585

Custodian of Records for
P. J. Marshio, D.O.
General, Thoracic and Vascular Surgery
423 W. Cleveland
Suite 3
P.O. Box 1569
Aransas Pass, Texas 78335
(361) 758-1585

Any and all treating physicians and health-care providers at New Millennium Anesthesia, L.L.P., P.O. Box 643, Portland, Texas 78374, (361) 643-9001, including but not limited to the following:

> Frank L. Petrola, D.O.

Custodian of Records for
New Millennium Anesthesia, L.L.P.
P.O. Box 643
Portland, Texas 78374
(361) 643-9001

Any and all treating physicians and health-care providers at Columbia North Bay Hospital, 1711 West Wheeler, Aransas Pass, Texas 78336, (361) 758-1414, including but not limited to the following:

> Syed Mustafa, M.D.
> Isabel C. Menendez, M.D.
> James Lively, D.O.
> Paul Loeffler, M.D.

Custodian of Records for
Columbia North Bay Hospital
1711 West Wheeler
Aransas Pass, Texas 78336
(361) 758-1414

Custodian of Records for
Medical Imaging Diagnostic Associates
615 Upper North Broadway
MT9
Corpus Christi, Texas 78477-0301
(361) 883-2991

Custodian of Records for
The Medicine Shoppe #1144
541 W. Cleveland Boulevard
Aransas Pass, Texas

Custodian of Records for
Eckerd Drugs #2117
1627 Wildcat Drive
Portland, Texas 78374

The treating physicians and health-care providers of Donald Leslie "Sam" Galbreath may have knowledge regarding damage and cure issues. The Custodians of Records

CutePDF - www.tastia.com

may have knowledge regarding cure issues and may appear as witnesses to offer expert testimony regarding the authenticity and admissibility of records.

> Custodian of Records for
> Onesource Health Network
> Address unknown

Any and all owners, employers, supervisors, and/or employees of Seahorse Diesel Service, Inc., P.O. Box 1780, Aransas Pass, Texas 78336, identities unknown at this time.

Custodian of Records for
Seahorse Diesel Service, Inc.
P.O. Box 1780
Aransas Pass, Texas 78336

Any and all owners, employers, supervisors, and/or employees of Kenneth & Anthony Garcia, PTRS, P.O. Box 685, Palacios, Texas 77465, identities unknown at this time.

Custodian of Records for
Kenneth & Anthony Garcia, PTRS
P.O. Box 685
Palacios, Texas 77465

Any and all owners, employers, supervisors, and/or employees of Scurlock Seafood, Inc.,    P.O. Box 855,  Palacios, Texas 77465, identities unknown at this time.

Custodian of Records for
Scurlock Seafood, Inc.
P.O. Box 855
Palacios, Texas 77465

Any and all owners, employers, supervisors, and/or employees of Garcia & Sons, Address unknown, Palacios, Texas 77465, (361) 972-6645, identities unknown at this time.

Custodian of Records for
Garcia & Sons
Address unknown
Palacios, Texas 77465
(361) 972-6645

Any and all commissioners, employers, supervisors, and/or employees of San Patricio Municipal Water District, P.O. Drawer S, Ingleside, Texas 78362, identities unknown at this time.

Custodian of Records for
San Patricio Municipal Water District
P.O. Drawer S
Ingleside, Texas 78362

Any and all owners, employers, supervisors, and/or employees of Tuan Thanh Vu, Captain Tom's Seafood, P.O. Box 852, Palacios, Texas 77465, identities unknown at this time.

Custodian of Records for
Tuan Thanh Vu
Captain Tom's Seafood
P.O. Box 852
Palacios, Texas 77465

The employers of Donald Leslie "Sam" Galbreath may have knowledge regarding damage issues.  The Custodians of Records may have knowledge regarding damage issues and may appear as witnesses to offer expert testimony regarding the authenticity and admissibility of records.

Any and all members of the crew and/or passengers on board the M/V F.M. BROWN and M/V LADY BECKY, c/o Coastal Production Services, P.O. Box 1927, Rockport, Texas 78381, (800) 333-9246, including but not limited to the following:

Harold Reeves
Tommy Shields
Jim Teague
Lloyd Hamilton
Neil Sullivan
Wayne Henderson
Juan DeLeon
John Allen
Rick Stinnett
Felipe Rodriguez
Mark Menard
Mark Singleterry
Keith Krenick
Butch Till
C. Nagel
J. Poole
R. Schultz
Kurt Enders
J. Alaniz
Robert Taylor

-11-

These individuals are members of the crew and/or passengers on board the M/V
F.M. BROWN and/or the M/V LADY BECKY.  They may offer expert testimony
regarding liability, damage and credibility have knowledge regarding liability issues.

Custodian of Records for
Promar Inc. d/b/a Coastal Production Services
P.O. Box 1927
Rockport, Texas 78381
(800) 333-9246

Additionally, the Defendant Promar Inc. Individually and d/b/a Coastal Production Services

reserves the right to elicit, by way of cross-examination, opinion testimony from any and all experts

designated and called by the Plaintiff.  The Defendant Promar Inc. Individually and d/b/a Coastal

Production Services hereby expresses its intention to possibly call, as witnesses associated with

adverse parties, including the experts of the Plaintiff.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the

right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen

until the presentation of the evidence against the Defendant Promar Inc. Individually and d/b/a

Coastal Production Services.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the

right to withdraw the designation of any expert and to aver positively that any such previously

designated expert will not be called as a witness at trial and to re-designate same as a consulting

expert, who cannot be called by opposing counsel.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the

right to elicit any expert opinion or lay opinion testimony at the time of trial which would be

truthful, which would be of benefit to the jury to determine material issues of fact, and which would

not violate any existing Court Order of the Federal Rules of Civil Procedure.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future, a party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, the Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to designate and/or call any such party or any such experts previously designated by any party.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to supplement its designation with additional designations of experts within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Civil Evidence.

The undersigned attorney, as attorney of record for the Defendant, certifies that a true and correct copy of the attached document has been served upon the following by the method of service

indicated on this the 23rd day of February, 2001.

Respectfully submitted,

PIPITONE, SEGER & WATERHOUSE, P.C.
615 Upper North Broadway
 Suite 1770, MT/89
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: _____
    RICHARD B. WATERHOUSE, JR.
    Federal I.D. No. 17995
    State Bar I.D. No. 00788624

ATTORNEYS FOR THE DEFENDANT
PROMAR INC., D/B/A COASTAL PRODUCTION
SERVICES

**VIA FACSIMILE TRANSMISSION and**
**CERTIFIED MAIL/RETURN RECEIPT REQUESTED:**

R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
**CMRRR # 7000 0520 0022 2914 6079**

# EXHIBIT "A"

CVISPDF – www.fastio.com



# JOHN L. KINGSTON & Associates, Inc.

**MARINE/INDUSTRIAL SURVEYORS
& CONSULTANTS**
World Wide Services

7514 Moreton Ct.
Spring, Texas 77379
Office (281) 251-7177
Facsimile (281) 320-2922

**SURVEY REPORT NO. ML-7482**                         **FEBRUARY 5, 2001**

Pipitone, Segar & Waterhouse, P.C
Attorneys At Law
615 Upper North Broadway, Suite 1770
Corpus Christi, TX 78477

Attn:   Ms. Pam Zimmerman

Re:     Donald Leslie "Sam" Galbreath
        v.
        PROMAR, INC., Individually and d/b/a/
        Coastal Production Services
        Inspection of M/V "F. M. BROWN" and M/V "LADY BECKY"

## REPORT

Acting in response to your request, the undersigned Marine Surveyor did on December 13, 2000, attend on board the M/V "F. M. BROWN" while subject vessel lay afloat at the Rene Cross Docks in Venice, LA, in order to measure and weigh the engine room deck covers.

Per you request, the undersigned attended inspection of the M/V "LADY BECKY" while subject vessel lay afloat at the docks in Harbor Island, TX, on January 6, 2001, for the same purposes as the inspection of the "F. M. BROWN".   The following was found.

## M/V "F. M. BROWN"

The M/V "F. M. BROWN" is constructed of all welded aluminum hull and deck house and is powered by two DETROIT diesel engines.

2

Particulars

| | |
|---|---|
| Official No.: 552760 | Gross Tonnage: 66 |
| Net Tonnage: 45 | Length: 61.6' |
| Breadth: 17.0' | Depth: 5.8' |
| Home Port: Houston, TX | Built: Loreauville, LA in 1973 |

Owner: PROMAR, INC., d/b/a/ Coastal Production Services

## SIZE AND WEIGHT OF ENGINE ROOM DECK COVERS

There are two identical size shape and weight deck covers on the vessel.

The covers are lifted by personnel by use of their hands holding on to the recessed hand slots on each fore and aft end of the inboard edge of the covers. The covers are hinged on the outboard edge. Each cover is fitted with a sliding adjuster fitted with a notch in the slide which drops onto a pin for holding the cover open.

**Weight of Covers:** Fifty-eight (58) pounds each at 14" open. As the cover is opened more, the weight becomes less.

**Construction and Size of Covers:** 7' long x 4.5' wide. The covers are constructed of ¼" thick aluminum plate with two, 1-1/4" aluminum channel stiffeners.

**Method Used to Enter Engine Space:** Personnel step on top of the propulsion engine, then step down to the top of the exhaust manifold, then to the top of a five gallon flat top steel container, then to the engine room floor.

CVisPDF - www.fesito.com

3

## M/V "LADY BECKY"

The M/V "LADY BECKY" is constructed of all welded aluminum hull and deck house and is powered by two DETROIT diesel engines.

### Particulars

| | |
|---|---|
| Official No.: 599870 | Gross Tonnage: 81' |
| Net Tonnage: 55 | Length: 73.3' |
| Breadth: 18.1' | Depth: 8.6' |
| Home Port: Houston, TX | Built: 1978 at Patterson, LA |

Owner: PROMAR, INC. d/b/a Coastal Production Services

## SIZE AND WEIGHT OF ENGINE ROOM DECK COVERS

There are two identical size and weight engine room deck covers on the vessel.

The covers are lifted by personnel by use of one or more of the three aluminum hand hold tabs which are attached to the inboard edge of each cover. The covers are hinged at each end on the outboard edge of the covers. Each cover is fitted with a sliding adjuster fitted with a notch in the slide for engagement with a pin which holds the cover open.

**Weight of Cover:** 90 pounds at the one foot open and 80 pound at two foot open. As the covers are opened more, the weight becomes less.

**Construction and Size of Covers:** Ninety-four (94") inches long and forty-nine (49") inches wide. ¼" thick aluminum plate covers are reinforced by two, 1-1/4" aluminum channels.

4

## SIZE AND WEIGHT OF ENGINE ROOM DECK COVERS (cont'd.)

Please note there is one (1) manway on the starboard side of the deck in the area of the engine room and an additional manway on the port side just aft of the machinery space. Either one of these manways can be utilized for entering the engine room space. The hull framing is used as steps.

## PLAINTIFF'S ALLEGATION

The plaintiff alleges he was injured some time in mid April, 1997 when he fell in the engine room. He also complains of other injuries brought about by opening the engine room deck covers. He alleges that he had worked on both the M/V "F. M. BROWN and the M/V "LADY BECKY" during his time of employment.

## NOTE

The undersigned Marine Surveyor has been in the marine business for the pasts 50 years and operated a shipyard for 15 of the 50 years.

The undersigned has opened  this type of deck covers on numerous occasions. This surveyor is 71 years of age and is still opening and closing these types of deck covers in order to enter the engine room for inspection of machinery for preparations of reports. He has opened and closed these type of covers countless times without any physical problems or injuries of any type.

5

## CERTIFICATE OF INSPECTION

The subject vessels have been certified by the United States Coast Guard as being sea worthy. They are inspected annually by the U.S.C.G. and are certified to carry passengers. A current Certificate of Inspection is on board each vessel showing the last day of inspection and its current status. A dry dock inspection is required every five years.

The reason for the required Certificate of Inspection by the U.S.C.G. is to insure, as much as possible, the safety of the crew and passengers.

## CONCLUSION

The plaintiff, being an able body seaman and having been on seagoing vessels in the past, should refuse to lift anything he believes will cause him injuries. There are other people such as the captain on board the vessel that can perform the task of opening the deck covers over the engines and enter the engine room to perform various duties.

Falling while entering the engine space was due to the plaintiff's negligence. The vessels have been in operation for the past 22 to 28 years and have been inspected the U.S.C.G. numerous times since they were placed in service.

We reserve the right to expand upon this report if and when further information is provided to this surveyor.

6

This report is submitted by John L. Kingston, Marine Surveyor, and all opinions expressed

herein are solely that of John L. Kingston.

**JOHN L. KINGSTON & ASSOCIATES, INC.**

John L. Kingston
Certified Marine Surveyor



## JOHN L. KINGSTON & Associates, Inc.

**MARINE/INDUSTRIAL SURVEYORS
& CONSULTANTS**
World Wide Services

7514 Moreton Ct.
Spring, Texas 77379
Office (281) 251-7177
Facsimile (281) 320-2922

## JOHN L. KINGSTON

### MARINE SURVEYOR AND CONSULTANT

### EXPERIENCE SUMMARY

Over FIFTY years experience in the Marine Industry

THIRTY- FOUR years experience as Marine Surveyor,
Consultant and Expert Witness in Litigation

TWO years experience in sailing ex U.S. Navy vessels

FIFTEEN years experience in wood/steel shipbuilding and repairs

TWO years operating vessels - Renwar Oil Corporation

FOUR years experience in operating various size pleasure boats

### PROFESSIONAL ORGANIZATIONS

National Association of Marine Surveyors
(Certified Marine Surveyor)

Houston Mariners Club

Society of Naval Architects and Marine Engineers

Port Safety and Advisory Council, Port of Houston

Clean Channel Association

Houston Institute of Marine Underwriters

American Institute of Marine Underwriters

2

**John L. Kingston**

## EMPLOYMENT HISTORY

John L. Kingston & Associates, Inc. - Certified Marine Surveyor
1972 - Present

Mathews-Daniel Company - Marine Surveyor
1968 - 1972

Captain W. A. Walls - Marine Surveyor
1966 - 1968

Billy Pugh Yacht Service - Yard and Repair Manager. Established cost of repairs to vessels. Assisted in designing and developing the Billy Pugh Offshore Personnel Net.
1951 - 1966

Consolidated Shipyard, Inc. - Superintendent of New Construction and Repairs
1954 - 1964

1949 - 1951- Renwar Oil Corporation - Well gauger in marine department - Corpus Christi, TX

1947 - 1949 - Russel Wolf & Company - Sailed several ex U.S. Navy vessels from Pittsburg, California to New Orleans, LA

## SUMMARY OF EMPLOYMENT HISTORY ON THE ABOVE

### Expertise

Expertise is on all size vessels including oil and gas production platforms and other areas as listed below. Types of marine related surveys are as follows.

Condition, Valuation, Damage Surveys of Hull, Cargo, and Machinery.

Damage Surveys of Guidewall/Fender Systems, Dolphins, Docks, Bulkheads, Piers, Bridges

Surveys for Suitability for Voyage, Trip in Tow, Loading and Securing of Cargo, Towers Liability, Marine Pipeline and Refinery Damage.

Safety Audit/Loss Control Surveys

Supervise Clean-up of Oil Spills

3

**JOHN L. KINGSTON**

**Expertise (cont'd.)**

Supervise Salvage Operations of various type vessels

Consultant to Insurance Underwriters, Vessel Owners and Attorneys

**INTERNAL COMBUSTION ENGINE EXPERIENCE**

1951 - Pugh's Yacht Service - Corpus Christi, TX - General Manager
Participated in numerous repairs of various types internal combustion engines both gasoline
and diesel, including repairs of marine gears and other mechanical equipment.  Consolidated
Shipyard, Inc. was a subsidiary of Pugh's Yacht Service - a large vessel construction yard.

1966 - Commenced surveying of various type of vessels, including large diesel powered vessels
and conducted inspections of various types of failures of vessel propulsion and generator
engines.  Engines manufactured by Detroit Allison Division of General Motors Corporation,
Caterpillar, Cummins, Fairbanks Morse, Lister, MTU of North America & Perkins, to name a
few.  Gasoline engines were manufactured by "For, Chrysler, Chevrolet, Regal, and etc.

**Employment**

Pugh's Yacht Service - Managed yacht repair and new construction.  Established cost of
repairs to vessels.  Supervised personnel.

Consolidated Shipyard, Inc., Corpus Christi, TX. -  Assisted in planning and forming the
company, lay-out of facility and construction of  this shipyard which was designed for
construction and repair in of inland drill barges and  tugs, new construction of wood supply
vessels, crew boats and fishing vessels.

Billy Pugh Offshore:  Assisted in designing and developing the Billy Pugh Offshore Personnel
Net.

Performed as Salvage Master on numerous stradings - Corpus Christi, TX
1951 - 1966

1947 - 1949 - Russel Wolf & Company - Sailed several ex U.S. Navy vessels from Pittsburg,
California to New Orleans, LA

**EDUCATION**

Corpus Christi High School - Corpus Christi, TX; National Cargo Bureau, Inc. - Completed
self study course "Ship's Trim & Stability"; Attend continued education on a yearly basis.

# The National Association of Marine Surveying, Inc.

## This is to certify that

### John Lewis Kingston

is a _____ Member _____ of the

National Association of Marine Surveyors, Inc.

An organization devoted to better communication among its members for the purpose of advancing the application of recognized practices and standards in discharging their responsibilities.

Witness our hand and seal at New York this twenty-fr.. day of January 1972

_____
Secretary

_____
President



# The
## Society of Naval Architects and Marine Engineers

This is to certify that

### John L. Kingston

is a _____ **Member** _____ of The

Society of Naval Architects and Marine Engineers,

an organization for the promotion of improvement in shipbuilding and

the acquisition and diffusion of practical and scientific

knowledge in all that pertains thereto.

Witness our hands and seal at New York,

this ___ 8th ___ day of ___ September, 1982



_John Maltshein_

President

B. B...

Case 1:00-cv-00048   Document 20   Filed in TXSD on 02/26/2001   Page 27 of 36

NO. 194

DATE OCTOBER 12, 1968

# NATIONAL CARGO BUREAU, INC.

THIS IS TO CERTIFY THAT

JOHN L. KINGSTON

HAS SATISFACTORILY COMPLETED
THE NATIONAL CARGO BUREAU
SELF STUDY COURSE IN
SHIP'S STABILITY

EXAMINER

EXECUTIVE VICE PRESIDENT

# JOHN L. KINGSTON

## EXPERT TESTIMONY

## January 1993 THRU July 1999


OUR FILE NO. MS-6715                SUBMITTED REPORT:  MAY 2, 1994
ORDERED BY:  JEFFERY D. ROBERTS
CO.:         ROBERTS, MARKEL, FOLGER AND POWERS

C.A. NO.:    G-93-391
             CLAUDIA MARY BOSWELL
             INDIVIDUALLY AND AS ADMINSTRATRIX OF THE
             ESTATE OF DANNY OLAN BOSWELL
             DECEASED, AND AS MANAGING
             CONSERVATOR OF SHONDRA ROSSER,
             WILLIS OLAN BOSWELL, AND LEOLA BOSELL
             PLAINTIFFS

             VS.
             BLUDWORTH BOND SHIPYARD, INC.
             AND G & A TOWING COMPANY
             DEFENDANTS

_____


OUR FILE NO. ML-6872              SUBMITTED REPORT JANUARY 31, 1995
ORDERED BY:  MICHAEL B. HUGHES
CO.       :  MCLEOD, ALEXANDER, POWEL & APFFEL

CAUSE NO.:   93-CV-0998
             LONNIE DESCANT
             VS.
             SEALCRAFT OPERATORS, INC. ET AL
             IN THE 10TH JUDICIAL DISTRICT COURT
             OF GALVESTON COUNTY, TX

_____


OUR FILE NO.  ML-6987            DATE:  AUGUST 23, 1995
ORDERED BY:   TIMOTHY R. LORD
CO.:          UNITED STATES OF AMERICA

              UNITED STATES OF AMERICA
              VS.
              MARINE INLAND TRANSPORTATION AND
              XYZ INSURANCE CO. IN PERSONAM
              USDC M.D., LA. CIV. A. 94-318-A-MZ

EXPERT FOR USA. TIMOTHY R. LORD TRIAL ATTORNEY

**PAGE 2**
**JOHN L. KINGSTON – EXPERT TESTIMONY**

OUR FILE NO. ML-6827              DATE:  JULY 13, 1995
ORDERED BY:           JEFFREY L. DIAMOND
CO.:                 GALLOWAY, JOHNSON, TOMPKINS & BURR

CASE NO.:            G-940613
                     AMOCO CHEMICAL COMPANY
                     VS.
                     M/V MARINE POINT, HER ENGINES, TACKLE, APPAREL,
                     ETC., IN REM AND MARINE INLAND TRANSPORTATION
                     COMPANY, IN PERSONAM
                     IN THE UNITED STATES DISTRICT COURT FOR THE
                     SOUTHERN DISTRICT OF TEXAS, GALVESTON DIVISION
                     (MARINE INLAND TRANSPORTATION CO.)

---

APPRAISAL REPORT:  ML-7021         DATE:  DECEMBER 6, 1995
ORDERED BY:           SHAWNA HAMILTON
CO.:                 LASER, PROCTOR, & COLE

                     ESTIMATE FAIR MARKET VALUE AS OF JUNE 30, 1993
                     1982 MODEL 35'-02" BERTRAM CONVERTIBLE 38 II
                     NAME OF VESSEL:  "MAI TAI" IN 1993

CAUSE NO.:           94-09176
                     MICHAEL T. MCCLURE

                     VS.

                     MICHAEL H. BADGER
                     IN THE 113TH JUDICIAL DISTICT COURT OF HARRIS
                     COUNTY, TEXAS

---

SURVEY REPORT NO.:  ML-7090         DATE:  AUGUST 19, 1996
ORDERED BY:           STEVEN K. HAMILTON
CO.:                 LAW OFFICES OF STEVEN K. HAMILTON

                     PERRY RICHARDSON
                     VS.
                     MARMAC CORPORATION D/B/A
                     MCDONOUGH MARINE SERVICES AND
                     FORDYCE COMPANY

                     IN THE DISTRICT COURT OF HARRIS COUNTY, TX
                     152ND JUDICIAL DISTRICT

**PAGE 3**
**JOHN L. KINGSTON – EXPERT TESTIMONY**

OUR FILE NO.:   ML-7137
ORDERED BY:     ROBERT KILLEEN   (Now KILLEEN & FIERRO)
CO.:            McALPINE, PEULER & COZAE
Gaines Towing and Transportation
Plaintiff
vs.
Atlantia Tanker Corp. and
North American Ship Agencies
Defendants
Civil Action No. H-96-2339
Admiralty Rule 9 (H)
Deposition of John L. Kingston on June 30, 1997


Cause No. H-96-2339
Gaines Towing And Transportation, Inc.
V.
Atlantia Tanker Corp. And North American Ship Agencies
In The United States District Court For The
Southern District of Texas
Houston, TX
Judge Kenneth Hoyt
(ALLEGATION:  Wake Wash Damage To Towboat "PATRICIA")
(Expert for Defense)
Testimony – 6/30/97
Testimony – 9/23/97

---

OUR FILE NO. ML-7164
ORDERED BY:  CECIL SOLOMON
CO.          BILLINGS & SOLOMON
Starargus Shipping Corp.
V.
Tug Raymond her
Engines, Tackle, Apparel, Etc. In Rem
and Raymond Dugat Company, Her Owner, In Personam

C.A. No. C-97-160
Admiralty
Fed. R. CIV. P 9(h)
Consolidated with C.A. No. C-97179 Admiralty 9(h)
Expert Testimony on Alleged Damage to
M/T "ALDEBARAN" on March 18, 1998

---

**PAGE 4**
**JOHN L. KINGSTON – EXPERT TESTIMONY**


OUR FILE NO. ML–7274
ORDERED BY:   EDGAR BARNETT
CO.           EDGAR BARNETT
Mauritz Latimer
V.NO. 98–1391
Mike Hooks, Inc.
Capsizing of Vessel
14TH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU
STATE OF LOUISIANA
Deposition of John L. Kingston July 28, 1999

CitaPDF – www.1pulse.com

# EXHIBIT "B"

Case 1:00-cv-00048   Document 20   Filed in TXSD on 02/26/2001   Page 33 of 36

# ORTHOPAEDIC SURGERY

# AND SPORTS MEDICINE ASSOCIATES, L.L.P.

1333 THIRD STREET   SUITE 200
CORPUS CHRISTI, TEXAS 78404
(361) 883-2000
FAX (361) 883-9064

JAMES R. DINN, M.D., P.A.
ROBERT Q. LEWIS, M.D., P.A.
CHRISTOPHER MISKOVSKY, M.D., P.A.

CHARLES S. CLARK, JR., M.D., P.A.
MICHAEL M. HECKMAN, M.D., P.A.

February 6, 2001

Pipitone, Seger & Waterhouse
Attorneys at Law
Attn: Donna L. Collins
615 Upper North Broadway, Suite 1770
Corpus Christi, Texas 78477

Re: Donald Sam Galbreath
DOB: 1018-40
SSN:  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
I.M.E.

Dear Sirs:

Mr. Galbreath is a 60 year old right handed male who is a shrimp boat captain but in 1996 started working for Coastal Productions as a deck hand on a crew boat.  One of his jobs entailed frequent lifting of 200 pound engine covers on a daily basis to service the boat.  As a result of this repetitive use, he noted the onset of pain referable to the right shoulder.  Most of the pain was over the posterior aspect and was described as "muscle spasm".  This did result in limitation of motion and difficulty sleeping on the right side and is associated with some radiation  to his upper lateral shoulder area.  He noted relief of his symptoms with rest and Advil and exacerbation with activity. He noted no change in symptoms with coughing or sneezing.  No change in bowel or bladder function.  He did have some associated numbness and tingling of right upper extremity but this was attributed to some cervical spondylosis and carpal tunnel syndrome treated by Dr. Masciale and Dr. Melendez respectively.  He was seen in April of 1998 by Dr. Charles Breckenridge and again in May of '98.  Dr. Breckenridge felt that he had a cervical spondylosis but associated rotator cuff tendinitis.  I don't have records to document this but apparently the patient was seen by Dr. Breckenridge for the above and treated with various conservative modalities without significant improvement and was subsequently taken to the operating room in October of 1999 where he underwent an arthroscopic acromioplasty, and resection of distal clavicle. He states that postoperatively he had significant improvement in his shoulder symptoms.  If he described his symptoms on a scale of 0 to 10 as a 10 preoperatively, he states that he is about

CutePDF - www.fenito.com

Pipitone, Seger & Waterhouse
Re: Donald Sam Galbreath
February 6, 2001
Page 2


a 3 now. He still has some difficulty sleeping if he lies on his right side and does okay as long as he lies on his left. The symptoms are not described as pain but as "discomfort". He does note some limitation of motion particularly on extremes of abduction, extremes of flexion and overhead use of the extremity. He also complains of some weakness. He describes the discomfort with such activities as reaching for objects. He has no symptoms on the left. No history of symptoms on the right. He currently is unemployed.

PAST HISTORY: No known allergies. Currently taking Daypro. Previous surgery includes herniorrhaphy, carpal tunnel release, and right shoulder procedure as described above. No other medical illnesses.

PERSONAL HISTORY: He smokes two packs of cigarettes a day and does not drink.

FAMILY HISTORY: Positive for heart disease (mother) and diabetes mellitus (sister). He states that he actually doesn't feel that his mother had heart disease and that her demise was secondary to over-medication.

Physical examination reveals pertinent findings limited to the right upper extremity where he has no apparent atrophy. He does have some limitation of abduction with active abduction up to 120 degrees. Flexion is limited in extremes as well. He lacks 6 inches of internally rotating up his spine. He has a mild degree of weakness on abduction as well as thumbs down maneuver but minimal pain on the above. There is no areas of particular point tenderness, 2+ classic impingement maneuver, negative impingement maneuver, negative thumbs down maneuver. No instability and no laxity. Deep tendon reflexes, muscle strength and sensory examination are all intact. No glenohumeral crepitance.

X-rays brought with the patient and a 30 degree view as well as a AP view in the office today reveals excellent resection of the distal clavicle, a flat acromion on the Y-scapular view, small osteophyte on the anterior aspect of the glenoid and the humeral head and some suggestion of calcification at the greater tuberosity.

The patient does appear to have a successful subacromial bursectomy. I need more documentation as to what MRI of the shoulder shows as well as what led to the operative intervention. I do have an assessment by Dr. Luckay as to his impairment rating and I agree with the above, this being based primarily on his limitation of motion. The patient

CMsPDF - www.fasoa.com

Pipitone, Seger & Waterhouse
Re: Donald Sam Galbreath
February 6, 2001
Page 3

apparently is not doing any exercises at all either with range of motion or strengthening. I would highly recommend that he get on a rotator cuff and scapular stabilizer strengthening exercise program and maintain this. He states he doesn't do these because it seems to exacerbate his symptoms. I think this would certainly be the case initially but with a continued home therapy program he should be able to increase his motion as well as his strength and this may well diminish his pain. At thee present time he should probably avoid activities that involve excessive overhead use of the extremity but I have no objection to him using this extremity at his side or abduct it up to 90 degrees even on a repetitive basis. Overhead use of the extremity is possible but can't be expected on a repetitive basis.

I did receive some additional medical records concerning Mr. Galbreath from Orthopaedic Associates. I still can find no evidence of typed office records between his last typed dictation of May of '98 and the operative intervention in October of '99, but there are some handwritten notes that appear to relate to the shoulder, the author of these I am unable to discern. These are intermittent throughout his medical record and do seem to refer to the shoulder. I do have results of an MRI obtained at Corpus Christi Radiology Center which reveal evidence of hypertrophic changes of the right AC joint with buttressing against the supraspinatus tendon with evidence of a grade II impingement syndrome. There is no evidence of partial or complete tear of the rotator cuff.

Sincerely,

Charles S. Clark, Jr., M.D.

CSC/etg

William L. Quintanilla, M.Ed., L.R.C.
10101 Southwest Freeway
Suite 410
Houston, Texas 77074
(713) 988-1195

Mr. Quintanilla is a vocational rehabilitation counselor who may offer expert testimony regarding damage issues. Mr. Quintanilla's report will be provided to counsel for the Plaintiff in accordance with the agreement between counsel.

Donna Johnson, M.Ed., C.R.C., L.P.C.
801 Lipan
P.O. Box 270790
Corpus Christi, Texas 78427-0790
(361) 883-7384

Ms. Johnson is a vocational rehabilitation expert retained by the Plaintiff who may offer expert testimony regarding damage issues.

Stephen M. Horner, Ph.D.
Economic, Business & Statistical Consulting
P.O. Box 2685
Corpus Christi, Texas 78403
(361) 883-1686

Dr. Horner is a economic expert retained by the Plaintiff who may offer expert testimony regarding damage issues.

Additionally, the Defendant anticipates calling the treating physicians and health-care providers of Donald Leslie "Sam" Galbreath to testify in this lawsuit. These physicians and health-care providers may offer expert testimony through records offered at trial. Absent an agreement among counsel, the Custodians of Records may appears as witnesses to offer expert testimony regarding the cure issues and the authenticity and admissibility of records.

Any and all counselors and/or case workers at the Texas Rehabilitation Commission, 4410 Dillon Lane, Suite 844, Corpus Christi, Texas 78415, (361) 854-1475 and/or the Texas Rehabilitation Commission, Rockport, Texas (361) 729-6844, including but not limited to the following:

Joseph Catenazzo
Linda Ballou