

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § § | |
| VS. | § § | C.A. NO. B-00-048 |
| PROMAR INC. INDIVIDUALLY & d/b/a COASTAL PRODUCTION SERVICES | § § | |

### JOINT MOTION FOR RECONSIDERATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, DONALD LESLIE "SAM" GALBREATH, the Plaintiff, and PROMAR INC. INDIVIDUALLY & D/B/A COASTAL PRODUCTION SERVICES, the Defendant, respectively, in the above-referenced and numbered cause, and respectfully file and submit this their Joint Motion for Reconsideration, and in support thereof would respectfully show unto this Honorable Court as follows:

I.

On August 21, 2000 this Honorable Court entered a Scheduling Order scheduling jury selection in the above-referenced and numbered cause for June 4, 2001 and establishing certain deadlines.

II.

On February 6, 2001, counsel for the Plaintiff and counsel for the Defendant filed a Joint Motion for Continuance requesting that this Honorable Court reset the trial currently scheduled for June 4, 2001. Past delays with respect to the conduct and completion of discovery have occurred

due principally to logistical difficulties encountered due to the fact that the vessels on which the Plaintiff alleges to have been injured are working vessels and have not been available for the conduct of inspection by the parties. In addition, through no fault of the parties or their counsel, scheduling difficulties have created unforeseen problems in conducting the discovery necessary for preparation of expert reports and expert depositions.

III.

As additional grounds for the continuance Plaintiff's counsel informs the Court that he has a previous setting for a trial scheduled to commence on June 4, 2001 in the matter of *Frank Brooks v. Vintage Petroleum, Inc.,* C.A. No. C-00-189, pending in the United States District Court for the Southern District of Texas, Corpus Christi Division before the Honorable Janis Graham Jack. Plaintiff and Defendant believe they can be ready for trial prior to the end of the year and request the case be continued until October or November of 2001. The parties hereby request oral argument on their Motion.

IV.

Accordingly, the foregoing continuance sought by the parties is not for the purpose of delay but shall most definitely serve the interests of the parties as well as this Honorable Court, the latter particularly inasmuch as negotiations to attempt to effect an amicable resolution shall additionally occur. The parties believe realistic settlement discussions are most likely to occur only after additional discovery is completed.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendant respectfully request that this Honorable Court enter an Order by which the Joint Motion for a Continuance is GRANTED and whereby a Scheduling Conference is scheduled in order to obtain a new trial date.

Respectfully submitted,

| | |
|---|---|
| R. BLAKE BRUNKENHOEFER, P.C. | PIPITONE, SEGER & WATERHOUSE, P.C. |
| American Bank Plaza | 615 Upper North Broadway |
| 711 N. Carancahua, Suite 1000 | MT/89, Suite 1770 |
| Corpus Christi, Texas 78475 | Corpus Christi, Texas 78477 |
| (361) 888-6655 | (361) 884-4200 |
| (361) 888-5855 (Fax) | (361) 884-7444 (Fax) |

By: /s/ R. Blake Brunkenhoefer
R. Blake Brunkenhoefer
Federal I.D. No. 15559
State Bar No. 00783739

By: /s/ Richard B. Waterhouse, Jr.
Richard B. Waterhouse, Jr.
Federal I.D. No. 17995
State Bar I.D. No. 00788624

ATTORNEY FOR THE PLAINTIFF
DONALD LESLIE "SAM"
GALBREATH

ATTORNEYS FOR THE DEFENDANTS
PROMAR INC., INDIVIDUALLY AND D/B/A
COASTAL PRODUCTION SERVICES

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § § | |
| VS. | § § | C.A. NO. B-00-048 |
| PROMAR INC. INDIVIDUALLY & d/b/a COASTAL PRODUCTION SERVICES | § § | |

## AGREED ORDER

CAME ON to be heard the Joint Motion for Reconsideration, and the Court having considered the Motion, pleadings, evidence and arguments of counsel, is of the opinion that the same should be GRANTED; it is accordingly

ORDERED, ADJUDGED AND DECREED that the jury selection scheduled for June 4, 2001 shall be continued.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-referenced matter shall be scheduled for a Scheduling Conference on the ____ day of _____, 2001 at _____.

ClibPDF - www.fastio.com

ENTERED this _____ day of _____, 2001.

_____
HONORABLE U.S. DISTRICT JUDGE

**AGREED TO SUBSTANCE AND FORM:**

R. Blake Brunkenhoefer, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
(361) 888-6655
(361) 888-5855 (FAX)

By: _/s/ [signature]_
    R. Blake Brunkenhoefer
    State Bar No. 00783739
    Southern District of Texas No. 15559

ATTORNEY FOR THE PLAINTIFF
DONALD LESLIE "SAM" GALBREATH

PIPITONE & SEGER, P.C.
615 Upper North Broadway
Suite 1770, M/T 89
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: _/s/ Richard B. Waterhouse, Jr._
    Richard B. Waterhouse, Jr.
    State Bar No. 00788624
    Federal I.D. No. 17995

ATTORNEYS FOR THE DEFENDANTS
PROMAR INC. INDIVIDUALL AND D/B/A
COASTAL PRODUCTION SERVICES