

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Donald Leslie "Sam" Galbreath § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-00-48 |
| v. § | |
| § | |
| Promar, Inc, individually and d/b/a Coastal § | |
| Production Services, § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED, that on March 15, 2001, the Court **DENIED** the Parties' Joint Motion for Reconsideration [Dkt. No. 21].

DONE at Brownsville, Texas, this 15th day of March 2001.

_____
Hilda G. Tagle
United States District Judge