

United States District Court
Southern District of Texas
RECEIVED

APR 18 2001

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § | |
| | § | CIVIL ACTION NO. B-00-048 |
| *versus* | § | |
| | § | ADMIRALTY / JURY DEMANDED |
| PROMAR INC., *Individually & d/b/a* | § | |
| *COASTAL PRODUCTION SERVICES* | § | |

## JOINT REQUEST FOR EXPEDITED STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME DONALD LESLIE "SAM" GALBREATH and PROMAR, INC. *Individually and d/b/a COASTAL PRODUCTION SERVICES*, appearing by and through their attorneys-in-charge, and respectfully request the scheduling of a Status Conference for the purpose of discussing outstanding discovery issues. As the matters in issue may require reference to documentary and/or photographic evidence, the Parties request that they be allowed to appear in person and <u>not</u> by telephone. Moreover, as the trial of this cause is currently scheduled to begin on June 4, 2001, the Parties humbly request that the Status Conference be scheduled for the soonest possible date and, to this end, the Parties waive any rights they may have with respect to extended notice of the scheduled hearing.

1

Respectfully submitted,

| | |
|---|---|
| R. BLAKE BRUNKENHOEFER, P.C. | PIPITONE, SEGER & WATERHOUSE, P.C. |
| American Bank Plaza | 615 Upper N. Broadway |
| 711 N. Carancahua, Suite 1000 | MT/89, Suite 1770 |
| Corpus Christi, Texas 78475 | Corpus Christi, Texas 78477 |
| Tel: (361) 888-6655 | Tel: (361) 884-4200 |
| Fax: (361) 888-5855 | Fax: (361) 884-7444 |
| *(signature)* | *(signature)* |
| R. Blake Brunkenhoefer | Richard B. Waterhouse, Jr. |
| Texas State Bar No. 00783739 | Texas State Bar No. 00788624 |
| So. Dist. of Texas Bar No. 15559 | So. Dist. of Texas Bar No. 17995 |