

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| Donald Leslie "Sam" Galbreath § <br> § <br> Plaintiff, § <br> § CIVIL ACTION NO. B-00-48 <br> v. § <br> § <br> Promar, Inc, individually and d/b/a Coastal § <br> Production Services, § <br> § <br> Defendant. § | |

## ORDER

BE IT REMEMBERED, that on April 19, 2001, the Court informed the Parties that the Court cannot rule on their Joint Request for Expedited Status Conference [Dkt. No. 23] because they have not provided sufficient information for the Court to determine whether relief is warranted. If the Parties wish the Court to consider their Joint Request for Expedited Status Conference, they must file an amended request that explains why outstanding discovery issues necessitate a hearing.

DONE at Brownsville, Texas, this 19th day of April 2001.

Hilda G. Tagle
United States District Judge