27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Donald Leslie "Sam" Galbreath § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-00-48 |
| v. § | |
| § | |
| Promar, Inc, individually and d/b/a Coastal § | |
| Production Services, § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED, that on April 30, 2001, the Court **GRANTED** the Parties' First Amended Request for Expedited Status Conference [Dkt. No. 26]. The Parties are **ORDERED** to appear for a status conference on May 8, 2001 at 2:30 p.m.

DONE at Brownsville, Texas, this 30th day of April 2001.

Hilda G. Tagle
United States District Judge