28

United States District Court
Southern District of Texas
FILED

MAY 08 2001

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ☐ Fajardo   ■ Koerner |
| **DATE** | 05 / 08 / 01 |
| **TIME** | ☐ a.m.   2:30 p.m. — 2:45 p.m. |
| **CIVIL ACTION** | B-00-48 |
| **STYLE** | Galbreath *versus* Promar, Inc., et al |

**DOCKET ENTRY**

(HGT)   ■ Pretrial Conference;   ☐ Motion Hearing;   (Rptr.  Breck Record)

Robert Blake Brunkenhoefer   for   ■ Ptf. #_____   ☐ Deft. #_____

Rick Waterhouse   for   ☐ Ptf. #_____   ■ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:   ☐ all pending motions;   ■ Following motions:

1.   Motion to Consolidate [Dkt. No. 25]. 24

☐   Motions taken under advisement: _____ 24

■   Order to be entered **GRANTING** the Defendant's Motion to Consolidate [Dkt. No. 25]. 24

☐   Miscellaneous review set: _____

■   Rulings orally rendered on:

1.   The Plaintiff withdrew opposition to the Motion to Consolidate [Dkt. No. 25]. The motion is therefore **GRANTED**.

2.   The Court **VACATED** its earlier order denying the Parties Motion for a Continuance [Dkt. No. 18] and now **GRANTS** that motion. The Parties are **ORDERED** to submit new proposed scheduling deadlines by the end of the week for the consolidated case.

Comments:

1.  The Plaintiff suffered an injury in April 1997 to his neck and shoulder that according to the Plaintiff was career-ending. The Plaintiff was injured and suffered a hernia on April 18, 1998 a year later. The hernia wasn't a career-ending injury. The case in Corpus Christi concerned the 1998 injury and the case here concerned the 1997 injury.

ClibPDF - www.fastio.com