29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Donald Leslie "Sam" Galbreath § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-00-48 |
| v. § | |
| § | |
| Promar, Inc, individually and d/b/a Coastal § | |
| Production Services, § | |
| § | |
| Defendant. § | |

## ORDER OF CONSOLIDATION

BE IT REMEMBERED, that on May 8, 2001, the Court **GRANTED** the Defendant's Motion to Consolidate [Dkt. No. 25] after the Plaintiff announced on the record that he was unopposed to consolidation. The Court consolidates this lawsuit pursuant to Federal Rule of Civil Procedure 42(a) with <u>Galbreath v. Promar, Inc. et al.</u> [C-01-125] for all pre-trial matters and trial. <u>Galbreath v. Promar, Inc. et al.</u> [C-01-125] was transferred from the Corpus Christi Division to the Brownsville Division by United States District Judge Janis Graham Jack through a written order dated May 7, 2001.

DONE at Brownsville, Texas, this 8th day of May 2001.

Hilda G. Tagle
United States District Judge