31

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAY 21 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

Galbreath

versus

Promar, Inc., et al

CIVIL ACTION B- 00-48

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.     ☐ Bench    ☒ Jury

2. New parties must be joined by: __5/31/01__

   *Furnish a copy of this scheduling order to new parties.*

3. ~~The plaintiff's~~ Experts will be named with a report furnished by: __9/14/01__
   RESPONSIVE

4. ~~The defendant's experts~~ must be named with a report furnished by: __10/5/01__
   ~~within 30 days of the deposition of the plaintiff's expert.~~

5. Discovery must be completed by: __10/26/01__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************  The court will provide these dates.  **************************

6. Dispositive Motions will be filed by: __11/9/01__

7. Joint pretrial order is due: __1/24/02__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __2/7/02__

9. Jury Selection is set for 9:00 a.m. on: __2/11/02__

The case will remain on standby until tried.

Signed __May 18__, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order–Page Two*

_____[signature]_____          _____[signature: Rick Waterhouse]_____
Counsel for  Plaintiff              Counsel for  Defendant

_____              _____
Counsel for _____            Counsel for _____

_____              _____
Counsel for _____            Counsel for _____