

COPY

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**SEP 2 0 2001**

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § | |
| | § | |
| VS. | § | C.A. NO. B-00-048 |
| | § | |
| PROMAR INC. INDIVIDUALLY & d/b/a | § | |
| COASTAL PRODUCTION SERVICES | § | |

## DEFENDANT PROMAR INC. INDIVIDUALLY & D/B/A COASTAL PRODUCTION SERVICES' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Promar Inc. Individually and d/b/a Coastal Production Services, the Defendant in the above-styled and numbered cause, and respectfully files and submits this its Designation of Expert Witnesses as follows:

John L. Kingston
John L. Kingston & Associates, Inc.
7514 Moreton Ct.
Spring, Texas 77397
(281) 251-7177

Mr. Kingston is a marine surveyor who may offer expert testimony regarding liability issues. Mr. Kingston's report was previously provided.

Charles S. Clark, M.D.
1333 Third Street
Corpus Christi, Texas 78404
(361) 883-2000

Dr. Clark performed independent medical examination of the Plaintiff on February 6, 2001. Dr. Clark's report was previously provided.

David B. Waller, B. Sc., C. Eng.
14410 W. Sylvanfield
Houston, Texas 77014
(281) 444-9650

David Waller is a naval architect who may offer expert testimony regarding liability issues. Mr. Waller's report and curriculum vitae are attached hereto as Exhibit "C".

Donna Johnson, M.Ed., C.R.C., L.P.C.
801 Lipan
P.O. Box 270790
Corpus Christi, Texas 78427-0790
(361) 883-7384

Ms. Johnson is a vocational rehabilitation expert retained by the Plaintiff who may offer expert testimony regarding damage issues.

Stephen M. Horner, Ph.D.
Economic, Business & Statistical Consulting
P.O. Box 2685
Corpus Christi, Texas 78403
(361) 883-1686

Dr. Horner is a economic expert retained by the Plaintiff who may offer expert testimony regarding damage issues.

Additionally, the Defendant anticipates calling the treating physicians and health-care providers of Donald Leslie "Sam" Galbreath to testify in this lawsuit. These physicians and health-care providers may offer expert testimony through records offered at trial. Absent an agreement among counsel, the Custodians of Records may appears as witnesses to offer expert testimony regarding the cure issues and the authenticity and admissibility of records.

Any and all counselors and/or case workers at the Texas Rehabilitation Commission, 4410 Dillon Lane, Suite 844, Corpus Christi, Texas 78415, (361) 854-1475 and/or the Texas Rehabilitation Commission, Rockport, Texas (361) 729-6844, including but not limited to the following:

Joseph Catenazzo
Linda Ballou

Custodian of Records for
Texas Rehabilitation Commission
4410 Dillon Lane
Suite 844
Corpus Christi, Texas 78415
(361) 854-1475

Any and all treating physicians and health-care providers at Orthopedic Associates of Corpus Christi, 601 Texas Trail, Suite 300, Corpus Christi, Texas 78411, (361) 854-0811, including but not limited to the following:

      John P. Masciale, M.D.
      Charles W. Breckenridge, M.D.
      Edwin Melendez, M.D.

Custodian of Records for
Orthopedic Associates of Corpus Christi
601 Texas Trail
Suite 300
Corpus Christi, Texas 78411
(361) 854-0811

Any and all treating physicians and health-care providers at Doctors Regional Medical Center, 3315 South Alameda, Corpus Christi, Texas 78411, (361) 857-1400, including but not limited to the following:

      Harvey Greenberg, M.D.
      Richard Chepey, M.D.
      Jose Corona
      Christopher Martinez, R.T.R.

Custodian of Records for
Doctors Regional Medical Center
3315 South Alameda
Corpus Christi, Texas 78411
(361) 857-1400

Any and all treating physicians and health-care providers at The Neurological Clinic, 3006 South Alameda, Corpus Christi, Texas 78404, (361) 883-1731, including but not limited to the following:

      David McFarling, M.D.
      Martin W. Flores (technician)

Custodian of Records for
The Neurological Clinic
3006 South Alameda
Corpus Christi, Texas 78404
(361) 883-1731

Any and all treating physicians and health-care providers at Neurology, P.A., 1415 Third Street, Suite 101, Corpus Christi, Texas 78404, including but not limited to the following:

CIMPDF - www.fasiio.com

David McFarling, M.D.

Please see a copy of the deposition of Dr. McFarling previously taken in this matter.

Custodian of Records for
Neurology, P.A.
1415 Third Street
Suite 101
Corpus Christi, Texas 78404

Any and all treating physicians and health-care providers at Bay Area Surgery, 7101 South Padre Island Drive, Corpus Christi, Texas 78412, (361) 985-3500.

Custodian of Records for
Bay Area Surgery
7101 South Padre Island Drive
Corpus Christi, Texas 78412
(361) 985-3500

Any and all treating physicians and health-care providers at AIM Physical Therapy Center, Inc., 105 N. Magnolia, P.O. Box 1777, Rockport, Texas 78381, (361) 729-1916, including but not limited to the following:

David A. McCool, L.P.T.

Custodian of Records for
AIM Physical Therapy Center, Inc.
105 N. Magnolia
P.O. Box 1777
Rockport, Texas 78381
(361) 729-1916

Any and all treating physicians and health-care providers at Corpus Christi Bay Area Surgery, 7101 South Padre Island Drive, Corpus Christi, Texas 78412, including but not limited to the following:

Jose de Jesus Trevino, M.D.

Custodian of Records for
Corpus Christi Bay Area Surgery
7101 South Padre Island Drive
Corpus Christi, Texas 78412

Jose de Jesus Trevino, M.D.
Pain Management and Anesthesiology
1521 South Staples
Suite 804
Corpus Christi, Texas 78404
(361) 883-1744

Custodian of Records for
Jose de Jesus Trevino, M.D. and
Pain Management and Anesthesiology
1521 South Staples
Suite 804
Corpus Christi, Texas 78404
(361) 883-1744

Any and all treating physicians and health-care providers at Humpal Physical Therapy & Sports Medicine Center, 2150 W. Wheeler Avenue, Aransas Pass, Texas 78332, (361) 758-5199, including but not limited to the following:

> Russell Hanks, P.T.
> Brian Baker, P.T.

Any and all treating physicians and health-care providers at Columbia Bay Area Medical Center, 7101 South Padre Island Drive, Corpus Christi, Texas 78412, (361), 985-3391, including but not limited to the following:

> Edwin Melendez, M.D.
> Kwang Lee, M.D.

Custodian of Records for
Columbia Bay Area Medical Center
7101 South Padre Island Drive
Corpus Christi, Texas 78412
(361) 985-3391

Custodian of Records for
Kwang Lee, M.D.
2741 Swanter
Corpus Christi, Texas 78404
(361) 854-9637

Any and all treating physicians and health-care providers at Corpus Christi Outpatient Surgery, 3636 South Alameda, Suite A, Corpus Christi, Texas 78411, (361) 853-2200, including but not limited to the following:

Charles W. Breckenridge, M.D.

Custodian of Records for
Corpus Christi Outpatient Surgery
3636 South Alameda
Suite A
Corpus Christi, Texas 78411
(361) 853-2200

Any and all treating physicians and health-care providers at The Anesthesia Group,
2606 Hospital Boulevard, Corpus Christi, Texas 78405, including but not limited to
the following:

Christopher Ryan, M.D.

Custodian of Records for
The anesthesia Group
2606 Hospital Boulevard
Corpus Christi, Texas 78405

Any and all treating physicians and health-care providers at Corpus Christi
Radiology, P.O. Box 6309, 3554 South Alameda, Corpus Christi, Texas 78466-6309,
(361) 855-5382, including but not limited to the following:

A.J. Ramos, M.D.

Custodian of Records for
Corpus Christi Radiology
P.O. Box 6309
3554 South Alameda
Corpus Christi, Texas 78466-6309
(361) 855-5382

Any and all treating physicians and health-care providers at Radiology Associates,
L.L.P., 2481 Morgan Avenue, P.O. Box 5608, Corpus Christi, Texas 78465, (361)
882-9291, including but not limited to the following:

Kevin M. McDonnell, M.D.
Harvey M. Greenberg, M.D.

Custodian of Records for
Radiology Associates, L.L.P.
2481 Morgan Avenue
P.O. Box 5608
Corpus Christi, Texas 78465
(361) 882-9291

Any and all treating physicians and health-care providers at The Heart Clinic of Corpus Christi, 613 Elizabeth Street, Suite 502, Corpus Christi, Texas 78404, identities unknown at this time.

Custodian of Records for
The Heart Clinic of Corpus Christi
613 Elizabeth Street
Suite 502
Corpus Christi, Texas 78404

Any and all treating physicians and health-care providers at the Disability Evaluating Center of Texas. Inc., 3302 South Alameda, Corpus Christi, Texas 78411, (361) 857-6157, including but not limited to the following:

Frank A. Luckay, M.D.

Custodian of Records for
Disability Evaluating Center of Texas, Inc.
3302 South Alameda
Corpus Christi, Texas 78411
(361) 857-6157

P. J. Marshio, D.O.
General, Thoracic and Vascular Surgery
423 W. Cleveland
Suite 3
P.O. Box 1569
Aransas Pass, Texas 78335
(361) 758-1585

Custodian of Records for
P. J. Marshio, D.O.
General, Thoracic and Vascular Surgery
423 W. Cleveland
Suite 3
P.O. Box 1569
Aransas Pass, Texas 78335
(361) 758-1585

Alberto Belalcazar, M.D.
3242 S. Alameda St.
Corpus Christi, Texas
(361) 888-6255

Custodian of Records for
Alberto Belalcazar, M.D.
3242 S. Alameda St.
Corpus Christi, Texas
(361) 888-6255

Any and all treating physicians and health-care providers at New Millennium
Anesthesia, L.L.P., P.O. Box 643, Portland, Texas 78374, (361) 643-9001, including
but not limited to the following:

   Frank L. Petrola, D.O.

Custodian of Records for
New Millennium Anesthesia, L.L.P.
P.O. Box 643
Portland, Texas 78374
(361) 643-9001

Any and all treating physicians and health-care providers at Columbia North Bay
Hospital, 1711 West Wheeler, Aransas Pass, Texas 78336, (361) 758-1414,
including but not limited to the following:

   Syed Mustafa, M.D.
   Isabel C. Menendez, M.D.
   James Lively, D.O.
   Paul Loeffler, M.D.
   Byron Marr, D.O.

Custodian of Records for
Columbia North Bay Hospital
1711 West Wheeler
Aransas Pass, Texas 78336
(361) 758-1414

Custodian of Records for
Medical Imaging Diagnostic Associates
615 Upper North Broadway
MT9
Corpus Christi, Texas 78477-0301
(361) 883-2991

Custodian of Records for
The Medicine Shoppe #1144
541 W. Cleveland Boulevard
Aransas Pass, Texas

Custodian of Records for
Eckerd Drugs #2117
1627 Wildcat Drive
Portland, Texas 78374

The treating physicians and health-care providers of Donald Leslie "Sam" Galbreath may have knowledge regarding damage and cure issues. The Custodians of Records may have knowledge regarding cure issues and may appear as witnesses to offer expert testimony regarding the authenticity and admissibility of records.

> Custodian of Records for
> Onesource Health Network
> Address unknown

Any and all owners, employers, supervisors, and/or employees of Seahorse Diesel Service, Inc., P.O. Box 1780, Aransas Pass, Texas 78336, identities unknown at this time.

Custodian of Records for
Seahorse Diesel Service, Inc.
P.O. Box 1780
Aransas Pass, Texas 78336

Any and all owners, employers, supervisors, and/or employees of Kenneth & Anthony Garcia, PTRS, and/or Quality Seafood, P.O. Box 685, Palacios, Texas 77465, identities unknown at this time.

Custodian of Records for
Kenneth & Anthony Garcia, PTRS
and/or Quality Seafood
P.O. Box 685
Palacios, Texas 77465

Any and all owners, employers, supervisors, and/or employees of Scurlock Seafood, Inc., P.O. Box 855, Palacios, Texas 77465, identities unknown at this time.

Custodian of Records for
Scurlock Seafood, Inc.
P.O. Box 855
Palacios, Texas 77465

Any and all owners, employers, supervisors, and/or employees of Garcia & Sons, Address unknown. Palacios, Texas 77465, (361) 972-6645, identities unknown at this time.

Custodian of Records for
Garcia & Sons
Address unknown
Palacios, Texas 77465
(361) 972-6645

Any and all commissioners, employers, supervisors, and/or employees of San Patricio Municipal Water District, P.O. Drawer S, Ingleside, Texas 78362, identities unknown at this time.

Custodian of Records for
San Patricio Municipal Water District
P.O. Drawer S
Ingleside, Texas 78362

Any and all owners, employers, supervisors, and/or employees of Tuan Thanh Vu, Captain Tom's Seafood, P.O. Box 852, Palacios, Texas 77465, identities unknown at this time.

Custodian of Records for
Tuan Thanh Vu
Captain Tom's Seafood
P.O. Box 852
Palacios, Texas 77465

The employers of Donald Leslie "Sam" Galbreath may have knowledge regarding damage issues. The Custodians of Records may have knowledge regarding damage issues and may appear as witnesses to offer expert testimony regarding the authenticity and admissibility of records.

Any and all members of the crew and/or passengers on board the M/V F.M. BROWN and M/V LADY BECKY, c/o Coastal Production Services, P.O. Box 1927, Rockport, Texas 78381, (800) 333-9246, including but not limited to the following:

David Pilgrim
Dolph Haynes
Cathy Prince
Harold Reeves
Tommy Shields
Jim Teague

CMPDF - www.fesisa.com

Lloyd Hamilton
Neil Sullivan
Wayne Henderson
Juan DeLeon
John Allen
Rick Stinnett
Felipe Rodriguez
Mark Menard
Mark Singleterry
Keith Krenick
Butch Till
C. Nagel
J. Poole
R. Schultz
Kurt Enders
J. Alaniz
Robert Taylor

These individuals are employers, supervisors, and/or members of the crew and/or passengers on board the M/V F.M. BROWN and/or the M/V LADY BECKY. They may offer expert testimony regarding liability, damage, credibility and maintenance and cure issues.

Custodian of Records for
Promar Inc. d/b/a Coastal Production Services
P.O. Box 1927
Rockport, Texas 78381
(800) 333-9246

Additionally, the Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to elicit, by way of cross-examination, opinion testimony from any and all experts designated and called by the Plaintiff. The Defendant Promar Inc. Individually and d/b/a Coastal Production Services hereby expresses its intention to possibly call, as witnesses associated with adverse parties, including the experts of the Plaintiff.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of the evidence against the Defendant Promar Inc. Individually and d/b/a Coastal Production Services.

CMPDF - www.fesko.com

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not violate any existing Court Order of the Federal Rules of Civil Procedure.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future, a party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, the Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to designate and/or call any such party or any such experts previously designated by any party.

The Defendant Promar Inc. Individually and d/b/a Coastal Production Services reserves the right to supplement its designation with additional designations of experts within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Civil Evidence.

Respectfully submitted,

PIPITONE, SEGER & WATERHOUSE, P.C.
615 Upper North Broadway
Suite 1770, MT/89
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: _RICHARD B. WATERHOUSE, JR._
    RICHARD B. WATERHOUSE, JR.
    Federal I.D. No. 17995
    State Bar I.D. No. 00788624

ATTORNEYS FOR THE DEFENDANT
PROMAR INC., D/B/A COASTAL PRODUCTION
SERVICES

## CERTIFICATE OF SERVICE

The undersigned attorney, as attorney of record for the Defendant, certifies that a true and correct copy of the attached document has been served upon the following by the method of service indicated on this the 14th day of September, 2001.

RICHARD B. WATERHOUSE, JR.

**VIA FACSIMILE TRANSMISSION and**
**CERTIFIED MAIL/RETURN RECEIPT REQUESTED:**

R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
**CMRRR # 7000 0520 0021 8181 9295**

-14-

# EXHIBIT "C"

CVISPDF – www.fastio.com

# REPORT

# REVIEW OF VESSEL DESIGN
# &
# SEAWORTHINESS

# OF

# M/V LADY BECKY

# M/V F.M. BROWN


## By

## David B. Waller


Waller Marine, Inc.
14410 W. Sylvanfield Dr.
Houston, TX   77014

September 2001
Job No. D-1372

CibPDF - www.fesdo.com

# M/V Lady Becky  /  M/V F.M. Brown

At the request of Mr. R. Waterhouse of Pipitone, Seger & Waterhouse, the undersigned reviewed the design of the workboats, M/V Lady Becky and M/V F.M. Brown, with respect to their design and seaworthiness.

The two vessels are similar in arrangement and structure, although they are of different dimensions; they're being of twin screw, monohull design, subdivided by three (3) main watertight bulkheads. The principal compartments are utilized for passengers and a steering console forward and the main engines and gear aft. The vessels' hull, deckhouse and fittings are constructed of aluminum.

## Principal Particulars

M/V Lady Becky

| | |
|---|---|
| Official No. | 599870 |
| Length | 73.30 ft. |
| Breadth | 18.10 ft. |
| Depth | 8.60 ft. |
| Gross Tonnage | 81 |
| Net Tonnage | 55 |
| Year Built | 1978 |

M/V F.M. Brown

| | |
|---|---|
| Official No. | 552760 |
| Length | 61.60 ft. |
| Breadth | 17.00 ft. |
| Depth | 5.80 ft. |
| Gross Tonnage | 66 |
| Net Tonnage | 45 |
| Year Built | 1973 |

## Basis of Design

The two vessels were designed and constructed in the 1970s in accordance with the provisions of the Code of Federal Regulations (CFR), 46, Chapter 1, Subchapter "T" for vessels under 100 gross tons, as administered by the United States Coast Guard. Under these regulations, the vessels were required to meet standards of design and hull construction, in accordance with a recognized classification society (such as the American Bureau of Shipping) and to meet standards for machinery and electrical installations to provide overall safety and seaworthiness of the vessels. These standards are for the purpose of ensuring that no unsafe construction, arrangement or practices are apparent for a vessel of this type.

## Engine Room Hatch Covers

Each vessel is fitted with hinged engine room hatch covers that are flush mounted with the main deck. Two covers are installed over each engine compartment, they're being hinged at their outboard edge, rotating transversely and closing toward the centerline. Constructed of aluminum, the covers are of size and weight that will permit them to be opened manually.

The dimensions and weight of each hatch cover for each vessel is as follows:

|  | M/V F.M. Brown | M/V Lady Becky |
|---|---|---|
| Dimension | 7' –0" x  4' –6" | 7' –10" x  4' –1" |
| Weight (*) | 170.2 lbs. | 189 lbs. |

&#42;    Note:  Weight determined by calculation from reported dimensions.

Lifting the hatch covers is simply effected by personnel using their hands to hold either recessed hand slots or tabs and rotating the cover about its outboard hinges. The amount of force or lift necessary to achieve fully opening a hatch cover is given at various angles or positions in the appendices of this report.

## Access

Access to the engine compartments of each vessel is different, insofar as the larger vessel, the M/V Lady Becky has access via a vertical ladder and access manholes on the port and starboard sides of the engine compartment, while the M/V F.M. Brown is fitted with steps on the propulsion engine and its exhaust manifold.

## Summary

The M/V Lady Becky and M/V F.M. Brown are similar in design and construction to a whole class of vessels built to serve the offshore industry during the 1970s and 80s. Several hundred such vessels were constructed during this period to transport passengers and light cargo to offshore drilling rigs and production installations. All these vessels were constructed under supervision of the United States Coast Guard, fully compliant with Subchapter "T" regulations for vessels under 100 gross tons. As such they are deemed to meet Federal law with respect to their seaworthiness and deemed fit for the service intended.

Both the M/V Lady Becky and M/V F.M. Brown were constructed in full compliance with these regulations and received Certificates of Inspection from the U.S. Coast Guard upon their completion and commissioning. A review of the information provided on the current condition of each vessel, indicates that no changes to arrangement, structure, machinery, fittings or equipment has affected the vessel's seaworthiness or fitness for service.


David B. Waller
Naval Architect


13 September 2001

# APPENDICES

CVisPDF – www.fastio.com

## Vessel M/V "Lady Becky"

**Engine Room Deck Cover**

| | |
|---|---|
| Length | 7.8 Ft |
| Width | 4.1 Ft |
| Weight | 189.0 Lbs |
| Cover Plate | 1/4" Aluminum Plate |
| Cover Stiffener | (x5) 3.5x2x0.25 Aluminum Tee |

**Hatch Weight Calculation**

| ITEM | UNIT WT. | SIZE | QTY. | WEIGHT |
|---|---|---|---|---|
| 1/4" Plate | 3.56 | 32.00 | 1.00 | 113.92 |
| 1.75x0.25 FB | 0.52 | 46.66 | 1.00 | 24.26 |
| 3.5x2x0.25 T | 1.63 | 3.83 | 2.00 | 12.50 |
| 3.5x2x0.25 T | 1.63 | 7.75 | 3.00 | 37.90 |
| **TOTAL** | | | | **188.58** |

**Engine Room Deck Cover**
**Required Lifting Force for Various Open Angles**

| | |
|---|---|
| $F_r$ | Total resultant lifting force |
| $F_v$ | Vertical component of total force |
| $F_h$ | Horizontal component of total force |

*Assume Weight of Deck Cover acts at its Center



| Position | Open Angle Degrees | Open Clearance in | $F_r$ Lbs | $F_v$ Lbs | $F_h$ Lbs |
|---|---|---|---|---|---|
| A | 0.0 | 0.0 | 94.5 | 94.5 | 0.0 |
| B | 5.0 | 4 3 | 94.1 | 93.8 | 8.2 |
| C | 10.0 | 8.5 | 93.1 | 91.7 | 16.2 |
| D | 15.0 | 12.7 | 91.3 | 88.2 | 23.6 |
| E | 20.0 | 16.8 | 88.8 | 83.4 | 30.4 |
| F | 25.0 | 20.7 | 85.6 | 77.6 | 36.2 |
| G | 30.0 | 24.5 | 81.8 | 70.9 | 40.9 |
| H | 35.0 | 28.1 | 77.4 | 63.4 | 44.4 |
| I | 40.0 | 31.5 | 72.4 | 55.5 | 46.5 |
| J | 45 0 | 34.8 | 66.8 | 47.3 | 47.3 |
| K | 50.0 | 37.5 | 60.7 | 39.0 | 46.5 |
| L | 55.0 | 40.1 | 54.2 | 31.1 | 44.4 |
| M | 60.0 | 42.4 | 47.3 | 23.6 | 40.9 |
| N | 65.0 | 44.4 | 39.9 | 16.9 | 36.2 |
| O | 70.0 | 46.0 | 32.3 | 11.1 | 30.4 |
| P | 75.0 | 47.3 | 24.5 | 6.3 | 23.6 |
| Q | 80.0 | 48.3 | 16.4 | 2.8 | 16.2 |
| R | 85.0 | 48 8 | 8.2 | 0.7 | 8.2 |
| S | 90.0 | 49.0 | 0.0 | 0.0 | 0.0 |

Case 1:00-cv-00048   Document 32   Filed in TXSD on 09/20/2001   Page 21 of 27



**SECTION B**
OPEN POSITION IN 5° INCREMENTS
SCALE: 1'-0" = 3/8"

MAIN DECK

**PLAN A**
DECK COVERS @ MAIN DECK
SCALE: 1'-0" = 3/8"

FORWARD

94"x49"
DECK COVER

94"x49"
DECK COVER

WALTER MARINE

NAVAL ARCHITECTS AND MARINE CONSULTANTS
HOUSTON, TEXAS
PH: (281)444-9650
FAX: (281)444-8055

| REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| | REVISIONS | | |

M/V LADY BECKLY
DECK COVERS

| DRAWN | JAC |
|---|---|
| DRN DATE | 08/29/01 |
| CHECKED | TM |
| CHK DATE | |
| FILO1 DATE | |
| CAD FILENAME | 10081 |
| PROJ. No. | 01372 |
| CUSTOMER | |

| SIZE | FSCM No | DRAWING No | 10081 | REV | 0 |
|---|---|---|---|---|---|
| A | | | | | |

| SCALE | AS NOTED | SHEET No. | 1 OF 1 |
|---|---|---|---|

DRAWING No. 10081

SHEET 2

# Vessel M/V "F.M. Brown"

**Engine Room Deck Cover**

| | |
|---|---|
| Length | 7.0 Ft |
| Width | 4.5 Ft |
| Weight | 170.2 Lbs |
| Cover Plate | 1/4" Aluminum Plate |
| Cover Stiffener | (x5) 2x1.25x0.25 Aluminum Channels |

**Hatch Weight Calculation**



| ITEM | UNIT WT. | SIZE | QTY. | WEIGHT |
|---|---|---|---|---|
| 1/4" Plate | 3.56 | 31.50 | 1.00 | 112.14 |
| 1.25x0.25 FB | 0.37 | 23.00 | 1.00 | 8.53 |
| 2x1.25x0.25 C | 1.34 | 6.67 | 5.00 | 44.52 |
| 2x0.25 FB | 0.59 | 4.20 | 2.00 | 4.96 |
| **TOTAL** | | | | **170.15** |

**Engine Room Deck Cover**
**Required Lifting Force for Various Open Angles**

| | |
|---|---|
| $F_r$ | Total resultant lifting force |
| $F_v$ | Vertical component of total force |
| $F_h$ | Horizontal component of total force |

*Assume Weight of Deck Cover acts at its Center



| Position | Open Angle Degrees | Open Clearance in | $F_r$ Lbs | $F_v$ Lbs | $F_h$ Lbs |
|---|---|---|---|---|---|
| A | 0 0 | 0.0 | 85.1 | 85.1 | 0.0 |
| B | 5.0 | 4.7 | 84.8 | 84.4 | 7.4 |
| C | 10.0 | 9.4 | 83.8 | 82.5 | 14.6 |
| D | 15.0 | 14.0 | 82.2 | 79.4 | 21.3 |
| E | 20.0 | 18.5 | 80.0 | 75.1 | 27.3 |
| F | 25.0 | 22.8 | 77.1 | 69.9 | 32.6 |
| G | 30.0 | 27.0 | 73.7 | 63.8 | 36.8 |
| H | 35.0 | 31.0 | 69.7 | 57.1 | 40.0 |
| I | 40.0 | 34.7 | 65.2 | 49.9 | 41.9 |
| J | 45.0 | 38.2 | 60.2 | 42.5 | 42.5 |
| K | 50.0 | 41.4 | 54.7 | 35.2 | 41.9 |
| L | 55.0 | 44.2 | 48.8 | 28.0 | 40.0 |
| M | 60.0 | 46.8 | 42.5 | 21.3 | 36.8 |
| N | 65.0 | 48.9 | 36.0 | 15.2 | 32.6 |
| O | 70.0 | 50.7 | 29.1 | 10.0 | 27.3 |
| P | 75.0 | 52.2 | 22.0 | 5.7 | 21.3 |
| Q | 80.0 | 53.2 | 14.8 | 2.6 | 14.6 |
| R | 85.0 | 53.8 | 7.4 | 0.6 | 7.4 |
| S | 90.0 | 54.0 | 0.0 | 0.0 | 0.0 |

CutePDF - www.tesisi.com

SECTION B  OPEN POSITION IN 5' INCREMENTS
SCALE: 1'-0"=3/8"

MAIN DECK

POSITION A

S
R
Q
P
O
N
M
L
K
J
I
H
G
F
E
D
C
B
A

PLAN A  DECK COVERS @ MAIN DECK
SCALE: 1'-0"=3/8"

FORWARD

7'x4'-6"
DECK COVER

7'x4'-6"
DECK COVER

DECK COVERS @ MAIN DECK

| | | |
|---|---|---|
| DRAWN | JAC | |
| DRWN DATE | 08/29/01 | |
| CHECKED | TM | |
| CHK DATE | | |
| PLOT DATE | | |
| CAD FILENAME | 10082 | |
| PROJ. No | D1372 | |
| CUSTOMER | | |

| REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| | REVISIONS | | |

WALLER MARINE

NAVAL ARCHITECTS AND MARINE CONSULTANTS
HOUSTON, TEXAS
PH: (281)444-9650
FAX: (281)444-8055

M/V J.M. BROWN
DECK COVERS

| SIZE | FSCM No | DRAWING No | | REV |
|---|---|---|---|---|
| A | | 10082 | | 0 |
| SCALE | AS NOTED | | SHEET No | 1 OF 1 |

# DAVID B. WALLER

**14410 West Sylvanfield Drive**
**HOUSTON, TEXAS  77014**


## EDUCATION (BRITAIN):

| | |
|---|---|
| 1950 - 1955: | Buckhurst County High School |
| 1955 - 1960: | Barrow Technical College - Ordinary & Higher National Certificates in Navel Architecture |
| 1955 - 1960: | Vickers (Shipbuilders) Ltd. - Five year shipbuilding apprenticeship |
| 1962 - 1965: | King's College, Durham University - BS degree in Naval Architecture & Shipbuilding |


## PROFESSIONAL INSTITUTIONS:

Society of Naval Architects & Marine Engineers (Texas Section)
Northeast Coast Institute of Engineers & Shipbuilders
Royal Institution of Naval Architects
Chartered Engineer (CE) - United Kingdom


## PATENTS:

U.S., Spain, U.K., Germany, Japan - Patents for connecting ocean-going tugs and barges.


## PAPERS & PUBLICATIONS:

"Integrated Tug-Barges for Ocean Transportation" - SNAME, 1972.
"Tug-Barges for Ocean Service", International Tug Convention, 1973.
"LNG Containment Systems - State of the Art" - Maritime Research Center, 1974.
"Integrated Tug Barges - Current State of the Art" - Maritime Administration, 1974.
" A New Monohull Form Development As Applied To An Offshore Drilling Unit" - SNAME, 1986.

CVAPDF - www.fesite.com

## PROFESSIONAL HISTORY:

**1974 - Present:**   **WALLER MARINE, INC. - President**

A naval architecture and engineering consulting firm offering full services in design and consulting to the marine industry. This includes all aspects of vessel design and construction, trim and stability analysis, powering, hull design, repair and rebuilding, damage analysis, conversions, marine pollution control and avoidance, and concept development.
The company emphasis focuses upon the application of new or different technology applied to the marine environment for both the marine transportation and offshore drilling and production industries. The company has pioneered work in the design of ocean tug-barge systems, double-hulled tankships, LNG systems, and the offshore production of oil and gas including the installation of large offshore process plants.

The company provides expertise to the industry concerning claims for accidents and loss in the marine environment.

**1976 - 1981:**   **PORT BROWNSVILLE SHIPYARDS, INC. - President**

Formed and solely operated a shipbuilding company in Brownsville, Texas for the initial purpose of recommissioning U.S. Navy LST's for commercial use. Expanded yard from initial profits and secured government sponsored guaranteed loans to construct launchways, fabrication shops, docks, offices and other improvements. Constructed various fishing vessels, floating process plants, offshore support vessels, and barges of various types. Employed up to 330 people and produced $10 million in total revenues in 1978. Merged company with Omni Fabricators, Inc. Corpus Christi, Texas in 1980.

**1972 - 1974:**   **MARATHON LETROUNEAU OFFSHORE - Vice President**

Led company into large LNG ship construction program. Headed LNG ship design team, and was responsible for the design of several dynamically positioned semi-submersible and ship-shape drilling vessels, new jack-up rig concepts and specialized offshore support vessels. Led Gulf Coast based shipyard team in resolving yard production and cost overrun problems. This included all facets of shipbuilding supported by a 2,000 man workforce in the construction of semi-submersible drilling vessels for Neptune and Penrod Drilling.

CMPDF - www.fesisa.com

**1970 - 1972:**    MARINE ENGINEERING SYSTEMS, INC. - Vice President

Supervised engineering output of company with prime interest in the design and analysis of offshore drilling vessels, and offshore supply vessels, including motion studies, stability studies and general structural research using finite element analysis techniques. Also managed research study to convert the nuclear cargo ship "Savannah" for commercial use.

**1966 - 1970:**    BREIT ENGINEERING, INC. - Vice President

Managed entire engineering and technical support staff.

Project manager of numerous design and consulting projects including refrigerated anhydrous ammonia barges for river and ocean service, triple screw Mississippi towboats, bauxite barges, ethylene and propane barges, pressurized LNG vessels, large ocean going bulk cargo barges and chemical vessels. Designed jack-up and semi-submersible offshore drilling rigs including structural and stability analysis for some of the first transatlantic rig tows. Also designed and tested dynamically positioned drill ships and pipe lay barges.

Designed and managed construction of high powered tug-supply vessels and 34,000 dwt integrated tug-barge units including computer based analysis of total transportation systems i.e. "least cost" ship designs, cost analysis, cash flows and evaluation of dock and harbor facilities.

**1965 - 1966:**    AVONDALE SHIPYARDS, INC. - Senior Naval Architect

Responsible for design and structural analysis of antenna supports for Apollo Space Mission Guidance Ships as part of design staff. Also performed stability work on U.S. Navy Destroyer Escorts.

**1960 - 1965:**    VICKERS (SHIPBUILDERS) LTD. - Ship Designer

Performed stress analysis of nuclear submarine hulls and general submarine design. Design project work on merchant vessels including cross channel ferries, bulk oil tankers, cargo vessels and passenger ships.

Member of design team responsible for Shaw Saville Liner "Northern Star", 100,000 dwt B.P. Tanker "British Admiral", the original Cunard "Queen" replacement, the 73,000 gross ton "Q3", and the final twin screw version, "Queen Elizabeth II".

Performed model test analysis and testing at Vickers Experimental and Hydrodynamics Tank.

1955 - 1960:        **VICKERS (SHIPBUILDERS) LTD. - Shipbuilding Apprentice**

Five year shipbuilding apprenticeship with leading British shipyard. Training included work with all shipbuilding trades in the construction and outfitting of submarines, passenger liners, aircraft carriers, frigates, takers and cargo vessels. Final three years spent in production office, drawing office and design office.    First place in U.K. Queen's Medal award for shipbuilding.

**PERSONAL:**

Born:        June 28, 1939, London, England
Married

CVisPDF - www.fasbis.com