United States District Court
Southern District of Texas
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court

33

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DONALD LESLIE "SAM" GALBREATH §
§        CIVIL ACTION NO. B-00-048
versus §
§        ADMIRALTY / JURY DEMANDED
PROMAR INC., *Individually & d/b/a* §
COASTAL PRODUCTION SERVICES §

### NOTICE OF FILING LOCAL RULE 83.5
### "AGREEMENT OF PARTIES"

TO THE HONORABLE DISTRICT COURT & ALL PARTIES CONCERNED:

PLEASE TAKE NOTICE that the September 17, 2001 "agreement of parties," entered into pursuant to the provisions of Rule 83.5 of the Local Rules of the Southern District of Texas, has been filed with this Honorable District Court and made of record in the above-referenced cause.

A true and correct copy of same is attached hereto and identified as Exhibit "1."

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:  (361) 888-6655
Fax:  (361) 888-5855

R. Blake Brunkenhoefer
State Bar No. 00783739
So. Dist. of Texas I.D. #15559
Christopher H. Hall
State Bar No. 00793881
So. Dist. of Texas I.D. #19536
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF FILING LOCAL RULE 83.5 "AGREEMENT OF PARTIES," was served, in the manner indicated, upon:

Richard B. Waterhouse, Jr.  
PIPITONE, SEGER & WATERHOUSE  
615 Upper N. Broadway, Suite 1770  
Corpus Christi, Texas 78477

**C.M./R.R.R. #7000-0600-0025-8533-9622**  
**& VIA FACSIMILE : 884-7444**

in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, on this the 19th day of September, 2001.

_R. Blake Brunkenhoefer_

# R. BLAKE BRUNKENHOEFER, P.C.

A PROFESSIONAL LAW CORPORATION

R. BLAKE BRUNKENHOEFER
BRUNKLAW@AOL.COM

CHRISTOPHER H. HALL
CHHLAW@AOL.COM

711 N. CARANCAHUA, SUITE 1000
CORPUS CHRISTI, TEXAS 78475
TELEPHONE (361) 888-6855
FACSIMILE (361) 888-5855

September 17, 2001

Rick Waterhouse
PIPITONE, SEGER & WATERHOUSE
615 Upper N. Broadway, Suite 1770
Corpus Christi, Texas 78477

**VIA FAX (361) 884-7444**

RE: Civil Action No. B-00-048; *Donald Leslie "Sam" Galbreath v. Promar Inc., Individually and d/b/a Coastal Production Services and d/b/a Production Services Group, et al.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Rick:

This letter shall serve to confirm that you have graciously agreed to extend the deadline for Dick Frenzel (Plaintiff's liability expert) to file his report in this case. Under the terms of our agreement, his report is now due on or before Thursday, September 20, 2001.

If I have accurately stated the terms of our agreement, please so indicate by signing in the space provided below and returning this letter via facsimile so that it can be filed with the Court in accordance with Local Rule 83.5.

Thank you for your time and attention to this matter. Until we next meet or speak, I remain

Very truly yours,

R. Blake Brunkenhoefer

RBB/sv

AGREED:

Rick Waterhouse
Rick Waterhouse

EXHIBIT
1