NOV 0 5 2001

**UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § | |
| | § | CIVIL ACTION NO. B-00-048 |
| *versus* | § | |
| | § | ADMIRALTY / JURY DEMANDED |
| PROMAR INC., *Individually & d/b/a* | § | |
| *COASTAL PRODUCTION SERVICES* | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT & ALL ATTORNEYS OF RECORD:

COME NOW R. Blake Brunkenhoefer and Christopher H. Hall, counsel for Plaintiff in the above-entitled and numbered cause, and respectfully advise the Court and all attorneys of record herein that, effective November 1, 2001, the name of their law practice and the business address of same have changed to the following:

BRUNKENHOEFER & HALL, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
Tel: (361) 888-6655
Fax: (361) 888-5855
bbrunk@brunkhall.com (Blake)
chall@brunkhall.com (Chris)

Respectfully, request is hereby made that the Court and all others concerned revise their records to reflect the above information for all future mailings, both within and without this particular case.

1

Respectfully submitted,

BRUNKENHOEFER & HALL, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
Tel: (361) 888-6655
Fax: (361) 888-5855

R. Blake Brunkenhoefer
State Bar No. 00783739
Southern District of Texas I.D. #15559
Christopher H. Hall
State Bar No. 00793881
Southern District of Texas I.D. #19536

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF CHANGE OF ADDRESS, has been served, in the manner indicated below, upon:

Richard B. Waterhouse, Jr.      **C.M./R.R.R. #7099 3220 0001 2929 7455**
PIPITONE, SEGER & WATERHOUSE
615 Upper N. Broadway, Suite 1770
Corpus Christi, Texas 78477

in accordance with all applicable provisions of the Texas Rules of Civil Procedure on this the 29th day of October, 2001.

R. Blake Brunkenhoefer

3