United States District Court
Southern District of Texas
FILED

JAN 2 2 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH | § | |
| | § | CIVIL ACTION NO. B-00-048 |
| *versus* | § | |
| | § | ADMIRALTY / JURY DEMANDED |
| PROMAR INC., *Individually & d/b/a* | § | |
| *COASTAL PRODUCTION SERVICES* | § | |

### NOTICE OF FILING LOCAL RULE 83.5 "AGREEMENT OF PARTIES"

TO THE HONORABLE DISTRICT COURT & ALL PARTIES CONCERNED:

PLEASE TAKE NOTICE that the January 10, 2002 "agreement of parties," entered into pursuant to the provisions of Rule 83.5 of the Local Rules of the Southern District of Texas, has been filed with this Honorable District Court and made of record in the above-referenced cause.

A true and correct copy of same is attached hereto and identified as Exhibit "1."

Respectfully submitted,

BRUNKENHOEFER & HALL, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
Tel: (361) 888-6655
Fax: (361) 888-5855

R. Blake Brunkenhoefer
State Bar No. 00783739
Southern District of Texas I.D. #15559
Christopher H. Hall
State Bar No. 00793881
Southern District of Texas I.D. #19536

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF FILING LOCAL RULE 83.5 "AGREEMENT OF PARTIES," was served, in the manner indicated, upon:

| | |
|---|---|
| Richard B. Waterhouse, Jr.<br>PIPITONE, SEGER & WATERHOUSE<br>615 Upper N. Broadway, Suite 1770<br>Corpus Christi, Texas 78477 | **C.M./R.R.R. #7001 1940 0005 0599 5331**<br>**& VIA FACSIMILE (361) 884-7444** |

in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, on this the 17th day of January, 2002.

_____
R. Blake Brunkenhoefer

# PIPITONE, SEGER & WATERHOUSE

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

615 UPPER NORTH BROADWAY, SUITE 1770
CORPUS CHRISTI, TEXAS 78477

(361) 884-4200
FAX (361) 884-7444
EMAIL  pspc@caller.infi.net

DONNA L. COLLINS
Legal Assistant

HOUSTON OFFICE:
BANK ONE BUILDING
9801 WESTHEIMER
SUITE 302
HOUSTON, TEXAS 77042
(713) 266-1030

January 10, 2002

Mr. R. Blake Brunkenhoefer
BRUNKENHOEFER & HALL, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

Re:   Civil Action No. B-00-048; *Donald Leslie "Sam" Galbreath v. Promar, Inc., Individually and d/b/a Coastal Production Services*; In the United States District Court for the Southern District of Texas, Brownsville Division
**PSW File No. 570.002**

Dear Blake:

This letter confirms our conversation today, that we have agreed to extend the deadline for discovery supplementation until Friday, January 18, 2002.

Yours truly,

Donna L. Collins
Legal Assistant to
Richard B. Waterhouse, Jr.

/dlc

Agreed to:

R. Blake Brunkenhoefer

**EXHIBIT 1**