

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-048 |
| PROMAR INC., INDIVIDUALLY AND d/b/a COASTAL PRODUCTION SERVICES, | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

COME NOW, DONALD LESLIE "SAM" GALBREATH, and PROMAR, INC. D/B/A COASTAL PRODUCTION SERVICES, the Plaintiff and the Defendant, respectively, in the above-styled and numbered cause, and respectfully file and submit this their Notice of Settlement as follows:

The Plaintiff and the Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Accordingly, the controversy existing with respect to the above-referenced and numbered cause no longer exists and the issues requiring resolution are now moot. Counsel for the Plaintiff and the Defendant shall submit an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal to the Honorable Court immediately upon the consummation of the settlement.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendant respectfully request that this Honorable Court terminate and cancel any and all proceedings presently occurring

or scheduled to occur with respect to the above-referenced and numbered cause pending the consummation of a settlement whereupon an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal shall be presented to the Honorable Court.

Respectfully submitted,

PIPITONE, SEGER & WATERHOUSE, P.C.
615 Upper North Broadway
M/T 89, Suite 1770
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: /s/ Richard Waterhouse
Richard B. Waterhouse, Jr., Attorney in Charge
Federal Bar No. 17995
State Bar No. 00788624

ATTORNEYS FOR THE DEFENDANT
PROMAR, INC. D/B/A COASTAL PRODUCTION
SERVICES

## CERTIFICATE OF SERVICE

The undersigned attorney, as attorney of record for the Defendant Promar, Inc. d/b/a Coastal Production Services certifies that a true and correct copy of the foregoing has been served upon the following by the method of service indicated on this the __31st__ day of January, 2002.

/s/ Rick Waterhouse
Richard B. Waterhouse, Jr.

**VIA FACSIMILE TRANSMISSION AND FIRST CLASS MAIL:**

Mr. R. Blake Brunkenhoefer
BRUNKENHOEFER & HALL, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
**CMRRR # 7000 0520 0023 3178 3124**