United States District Court
Southern District of Texas
FILED

FEB 0 5 2002

Michael N. Milby
Clerk of Court

39

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD LESLIE "SAM" GALBREATH, | § | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | § | NO. B-00-048 |
| PROMAR INC., INDIVIDUALLY AND d/b/a COASTAL PRODUCTION SERVICES, | | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW, DONALD LESLIE "SAM" GALBREATH, and PROMAR INC. D/B/A COASTAL PRODUCTION SERVICES, the Plaintiff and the Defendant, respectively, in the above-styled and numbered cause, and respectfully file and submit this their Joint Notice of Settlement as follows:

The Plaintiff and the Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Accordingly, the controversy existing with respect to the above-referenced and numbered cause no longer exists and the issues requiring resolution are now moot. Counsel for the Plaintiff and the Defendant shall submit an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal to this Honorable Court immediately upon the consummation of the settlement.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendant respectfully request that this Honorable Court terminate and cancel any and all proceedings presently occurring or scheduled to occur with respect to the above-referenced and numbered cause pending the

consummation of a settlement whereupon an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal shall be presented to the Honorable Court.

                Respectfully submitted,

                BRUNKENHOEFER & HALL, P.C.
                1770 Tower II
                555 N. Carancahua
                Corpus Christi, Texas 78478
                (361) 888-6655 (Telephone)
                (361) 888-5855 (Fax)

By: _R. Blake Brunkenhoefer_ *with permission Raw*
      R. Blake Brunkenhoefer, Attorney in Charge
      Federal Bar No. 15559
      State Bar No. 00783739

ATTORNEY FOR THE PLAINTIFF
DONALD LESLIE "SAM" GALBREATH


PIPITONE, SEGER & WATERHOUSE, P.C.
615 Upper North Broadway
M/T 89, Suite 1770
Corpus Christi, Texas 78477
(361) 884-4200
(361) 884-7444 (FAX)

By: _Rick Waterhouse_
      Richard B. Waterhouse, Jr., Attorney in Charge
      Federal Bar No. 17995
      State Bar No. 00788624

ATTORNEYS FOR THE DEFENDANT
PROMAR INC. D/B/A COASTAL PRODUCTION SERVICES