41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DONALD LESLIE "SAM" GALBREATH, § § § § § Plaintiff, § § v. § § § PROMAR INC., INDIVIDUALLY AND d/b/a § COASTAL PRODUCTION SERVICES § § Defendant. § | CIVIL ACTION B-00-048 |

## Final Order of Dismissal

BE IT REMEMBERED that on February 5, 2002, the Court considered the Parties' Joint Notice of Settlement [Dkt. No. 39].

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 5th day of February, 2002.

Hilda G. Tagle
United States District Judge